1  SALLY W. HARMELING, WSBA No. 49457             Judge Salvador Mendoza
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO.<br><br>FRCP 7.1(a) CORPORATE DISCLOSURE STATEMENT BY WGE HOLDINGS, LLC |
|---|---|
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR;<br><br>PATRICK PIZZELLA, in his official capacity as Acting United States Secretary | |

FRCP 7.1(a) CORPORATE DISCLOSURE
STATEMENT BY WGE HOLDINGS, LLC
Page 1
4757767

of Labor;

JOHN P. PALLASCH, in his official capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

     Defendants.

Pursuant to Federal Rule of Civil Procedure 7.1(a), Plaintiff WGE Holdings, LLC submits the following disclosure statement: WGE Holdings, LLC is not owned by any parent corporation or any publicly held corporation.

FRCP 7.1(a) CORPORATE DISCLOSURE
STATEMENT BY WGE HOLDINGS, LLC
Page 2
4757767

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

DATED this 3rd day of September, 2019.

                JEFFERS, DANIELSON, SONN & AYLWARD, P.S.

        By   s/SALLY W. HARMELING
            SALLY W. HARMELING, WSBA No. 49457
            ROBERT R. SIDERIUS, WSBA No. 15551
            PETER A. SPADONI, WSBA No. 11390
            Attorneys for Plaintiffs Evans Fruit Co., Inc.; WGE Holdings, LLC; McDougall Family Farming, Inc.; McDougall & Sons, Inc.; Double S Orchards, LLC; Columbia Fruit Packers, Inc.; Columbia Orchard Management, Inc.; and Wade & Wade, LLC
            JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
            2600 Chester Kimm Road
            P.O. Box 1688
            Wenatchee, WA  98807-1688
            Telephone:  509-662-3685
            Fax:  509-662-2452
            Email: sallyh@jdsalaw.com
            Email: bobs@jdsalaw.com
            Email: peters@jdsalaw.com

FRCP 7.1(a) CORPORATE DISCLOSURE STATEMENT BY WGE HOLDINGS, LLC
Page 3
4757767

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688