# Exhibit A

| GROWER | 2018 Bins | Percentage of State Crop | Percentage of Honeycrisp Crop | Honeycrisp Hourly Rate Paid | Non-Honeycrisp Hourly Rate Paid |
|---|---|---|---|---|---|
| Evans Fruit Co., Inc. | 431,329 | 7.7639% | | | |
| McDougall & Sons; McDougall Family Farming; Double S Orchards | 132,288 | 2.3812% | 8.0% | 15.00 | 14.12 |
| Columbia Orchards Management | 72,000 | 1.2960% | 4.7% | 15.00 | 14.12 |
| Northern Fruit Co. | 114,000 | 2.0520% | 1.0% | 14.12 | 14.12 |
| Stemilt Growers | 232,778 | 4.1900% | 12.5% | 15.00 | 14.12 |
| Pegasus Premier Fruit | 7,000 | 0.1260% | 15.0% | 15.00 | 14.12 |
| Kyle Mathison Orchard | 2,786 | 0.0501% | 10.0% | 15.00 | 14.12 |
| Zirkle Fruit Company | 321,904 | 5.7943% | 26.0% | 15.00 | 14.12 |
| Washington Fruit | 410,000 | 7.3800% | 15.0% | 15.00 | 14.12 to 15.00 |
| Sleepy Hollow Enterprises | 3,467 | 0.0624% | 33.0% | 16.00 | 14.12 |
| Finley Cherries | 2,730 | 0.0491% | 0.0% | 0.00 | 14.12 |
| Valicoff Fruit Company | 38,367 | 0.6906% | 9.0% | 14.12 | 14.12 |
| Sundquist Fruit | 65,000 | 1.1700% | 15.0% | 14.12 | 14.12 |
| Valley Fruit Orchards | 59,435 | 1.0698% | 16.0% | 14.12 | 14.12 |
| Weber Farms | 5,966 | 0.1074% | 65.0% | 15.00 | 15.00 |
| Campbell Orchards | 6,838 | 0.1231% | 10.0% | 14.12 | 0.00 |
| Cherry Creek | 1,200 | 0.0216% | 90.0% | 15.00 | 14.12 |
| Alamo Organic Orchard | 9,000 | 0.1620% | 5.0% | 14.12 | 14.12 |
| Matson Fruit | 55,000 | 0.9900% | 13.0% | 15.00 | 14.12 |
| Borton & Sons | 344,859 | 6.2075% | 19.2% | 15.00 | 14.12 |
| Gebbers Farms | 396,000 | 7.1280% | 14.6% | 15.00 | 14.12 |
| Highland Partnership | 9,987 | 0.1798% | 47.0% | 15.00; paid 16.00 only 2% of the time | 14.12 |
| Fugachee Orchards Partnership | 12,366 | 0.2226% | 0.0% | 15.00 | 14.12 |
| Tree Fruit Management | 6,000 | 0.1080% | 0.0% | 0.00 | 14.12 |
| Huertas Orozco | 1,500 | 0.0270% | 0.0% | 0.00 | 14.12 |
| Crane & Crane | 35,603 | 0.6409% | 22.3% | 15.00 | 14.12 |
| Triple S Fruit | 2,000 | 0.0360% | 0.0% | 0.00 | 14.12 |
| Douglas Ag Services | 108,565 | 1.9542% | 16.4% | 15.00 | 14.12 |
| Bronze Star Orchards & Blue & White Orchard | 4,456 | 0.0802% | 21.0000% | 15.00 | 14.12 |
| Custom Orchards | 132,988 | 2.3938% | 6.3000% | 15.00 | 14.12 |
| Len England Orchards | 6,000 | 0.1080% | 5.0000% | 14.12 | 14.12 |
| Family Tree Orchards | 2,000 | 0.0360% | 0.0000% | 14.12 | 14.12 |
| Buckeye Investment Group | 250 | 0.0045% | 0.0000% | 14.12 | 14.12 |
| Manson Brite Fruit Growers | 2,100 | 0.0378% | 20.0000% | 14.12 | 14.12 |
| Brays Landing Lot 110 | 4,300 | 0.0774% | 5.0000% | 14.12 | 14.12 |
| Totem Pole Lot 100 | 4,500 | 0.0810% | 15.0000% | 14.12 | 14.12 |
| Cochran Orchard | 75 | 0.0014% | 30.0000% | 15.00 | 15.00 |
| Green Ave Lot 516 | 150 | 0.0027% | 0.0000% | 14.12 | 14.12 |
| WGE Holdings, LLC | 431,000 | 7.7580% | 4.9500% | 11.50 | 11.50 in Yakima County and $14.12 in Mattawa, with piece reate incentives |
| LSI Orchard, LLC | 3,633 | 0.0654% | 0.0000% | 14.12 | 14.12 |
| Panorama Orchards, LLC | 1,737 | 0.0313% | 0.0000% | 12.00 - 15.00 | 12.00 - 15.00 |
| Meadow Lake, LLC | 287 | 0.0052% | 0.0000% | 12.00 - 15.25 | 12.00 - 15.25 |
| Reyna Orchard, LLC | 471 | 0.0085% | 0.0000% | $12.00 - $14.12 | $12.00 - $14.12 |

| GROWER | 2018 Bins | Percentage of State Crop | Percentage of Honeycrisp Crop | Honeycrisp Hourly Rate Paid | Non-Honeycrisp Hourly Rate Paid |
|---|---:|---:|---:|---:|---:|
| Simmons Orchard, LLC | 2,228 | 0.0401% | 0.0000% | 14.12 | 14.12 |
| Vantage Orchards, LLC | 4,377 | 0.0788% | 0.0000% | 14.00 | 14.00 |
| Bench Orchard, LLC | 1,914 | 0.0345% | 0.0000% | 14.12 | 14.12 |
| Crown Orchard, LLC | 4,260 | 0.0767% | 3.0000% | 14.12 - 15.00 | 14.12 - 15.00 |
| Frenchman Orchards, LLC | 2,085 | 0.0375% | 5.0000% | 12.00 - 15.00 | 12.00 - 15.00 |
| Elk Orchards, LLC | 1,704 | 0.0307% | 9.0000% | 12.00 | 12.00 |
| OK Orchard, LLC | 1,626 | 0.0293% | 0.0000% | 11.50 | 11.50 |
| JJ Orchards and Fruit, LLC | 4,178 | 0.0752% | 0.0000% | 14.12 | 14.12 |
| Phoenix Orchards, LLC | 7,363 | 0.1325% | 0.0000% | 14.12 | 14.12 |
| Turtle Rock Orchard, LLC | 634 | 0.0114% | 0.0000% | 14.12 | 14.12 |
| WP Orchard, LLC | 10,082 | 0.1815% | 3.0000% | 12.50 - 15.00 | 12.50 - 15.00 |
| All That Jazz, LLC | 960 | 0.0173% | 0.0000% | 12.50 - 14.00 | 12.50 - 14.00 |
| Brays Orchard, LLC | 5,583 | 0.1005% | 2.0000% | 14.12 - 15.00 | 14.12 - 15.00 |
| Foreman Fruit and Land Company, LLC | 2,319 | 0.0417% | 3.0000% | 12.00 - 14.00 | 12.00 - 14.00 |
| Highland Harvest Orchards, LLC | 1,496 | 0.0269% | 11.0000% | 14.12 | 14.12 |
| MMP Orhcards, LLC, MWR Riverside Orchards, LLC, and MWR Holdings, LLC | 96,438 | 1.7359% | 13.0000% | N/A | N/A |
| Van Winkle Orchard, Inc. | 6,000 | 0.1080% | 15.0000% | 15.00 | 15.03 |
| Mar-Jon Orchards | 8,500 | 0.1530% | 0.0000% | N/A | N/A |
| Robison Orchards, Inc. | 3,200 | 0.0576% | 25.0000% | 15.00 | 14.12 |
| Brandon Lewis Orchards, Inc. | 13,000 | 0.2340% | 45.0000% | 15.00 | 14.12 |
| Vincent Fruit, Inc. | 5,000 | 0.0900% | 27.0000% | 14.12 | 14.12 |
| Dovex Fruit Co. | 62,000 | 1.1160% | 9.0000% | 15.00 | 14.12; paid 16.00 less than 1% of the time |
| Allan Bros., Inc. | 69,309 | 1.2476% | 18.2000% | 15.00 | 14.12 |
| Central Washington Ag Services, Inc. | 118,958 | 2.1412% | 8.5000% | 15.00 | N/A |
| **Total** | 3,915,129 | 70.4723% | | | |

Est. State Bins 2018         5,555,555