# EXHIBIT B

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ DECLARATION OF D. MICHAEL WADE |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION OF D. MICHAEL WADE
PAGE 1

47B6521

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

      Defendants.

D. MICHAEL WADE, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the General Manager at Columbia Orchard Management, Inc.

3.     Columbia Orchard Management, Inc. and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 72,000 bins of apples in Washington. Approximately 4.7 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION OF D. MICHAEL WADE
PAGE 2

47B6521

1  Company for harvest of Honeycrisp apples was $15.00 per hour.

2        7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3  hourly wage for the harvest of apples.

4  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION OF D. MICHAEL WADE
PAGE 3

47B6521

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2 that the foregoing/attached is true and correct.

3

          Signature: _____

          Printed name: _____Mike Wade_____

          Date: _____9/29/19_____

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

7

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ

DECLARATION OF IRENE BIRDSALL |

Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF LABOR;

PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official

DECLARATION OF IRENE BIRDSALL
PAGE 1

47B6510

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

     Defendants.

IRENE BIRDSALL, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the Chief Financial Officer at McDougall & Sons, Inc., McDougall Family Farming, Inc., and Double S Orchards, LLC.

3.    McDougall & Sons, Inc., McDougall Family Farming, Inc., and Double S Orchards, LLC and related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 132,288 bins of apples in Washington. Approximately 8 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples,

DECLARATION OF IRENE BIRDSALL
PAGE 2

47B6510

1  excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

2  Company for harvest of Honeycrisp apples was $15.00 per hour.

3      7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

4  hourly wage for the harvest of apples.

5  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

3                          Signature: _Irene Birdsall_____

4                          Printed name: _IRENE BIRDSALL_____

5                          Date: _____9/24/19_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF HAROLD AUSTIN |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION OF HAROLD AUSTIN
PAGE 1

47B6250

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

      Defendants.

HAROLD AUSTIN, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.      I am the Director of Orchard Administration at Zirkle Fruit Company.

3.      Zirkle Fruit Company and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 321,904 bins of apples in Washington. Approximately 26 percent of those apples were Honeycrisp.

5.      At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.      In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION OF HAROLD AUSTIN
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

47B6250

1  Company for harvest of Honeycrisp apples was $15.00 per hour.

2         7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3  hourly wage for the harvest of apples.

4  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION OF HAROLD AUSTIN
PAGE 3

47B6250

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of  Washington

2    that the foregoing/attached is true and correct.

3                    Signature:    *Harold V Austin IV*

4

5                    Printed name:    Harold V. Austin IV

6                    Date:    September 25, 2019

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT COMPANY, INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company | No.<br><br>DECLARATION OF:<br><br>BREWSTER HEIGHTS PACKING & ORCHARDS, LP, D/B/A GEBBERS FARMS |
| Plaintiffs, | |
| vs. | |

LAW OFFICES OF
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801
(509) 662-3551
Page 1
F:\JAJ\F-J\gbbrs\DOL\Wage Rate Adj\p02 Declaration of BHPO_GF_Evans et al v USDOL JAJ.docx

UNITED STATES DEPARTMENT OF
LABOR,

PATRICK PIZZELLA, in his official
capacity as Acting United States Secretary
of Labor;

JOHN P. PALLASCH, in his official
capacity as Assistant
Secretary of Labor, Employment &
Training Administration, United States
Department of Labor;

CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
Hour Division, United States Department
of Labor;

Defendants.

I, John W. "Cass" Gebbers, pursuant to RCW 9A.72.085 states and declares:

1.  I am over 18 years of age and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.  I am the President of Brewster Heights Packing & Orchards, LP, d/b/a Gebbers Farms ("BHPO").

3.  BHPO and its related and affiliated entities (collectively "Gebbers Farms") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.  In 2018, Gebbers Farms harvested approximately 396,000 bins of apples in Washington State. Approximately 58,000 bins of those apples were Honeycrisp.

5.  At least a portion of the wages paid by Gebbers Farms for the picking of apples in 2018 was paid on an hourly basis.

LAW OFFICES OF
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801
(509) 662-3551
Page 2
F:\JAJ\F-J\gbbrs\DOL\Wage Rate Adj\p02 Declaration of BHPO_GF_Evans et al v USDOL JAJ.docx

6.    In 2018, except for picking Honeycrisp apples, the hourly wage rate paid by

Gebbers Farms to workers picking apples, including harvest work covered by

H2A Contracts, did not exceed $14.12 per hour. In 2018, the hourly wage paid by

Gebbers Farms to workers picking Honeycrisp apples, including harvest work

covered by H2A Contracts, did not exceed $15.00 per hour. Gebbers Farms also

had workers who were paid on a piece rate basis for picking apples.

7.    At no point in 2018 did Gebbers Farms pay $16.00 (or more) per hour as an

hourly wage for the picking of apples by workers who were not paid on a piece

rate basis.

8.    I declare under penalty of perjury under the laws of the state of Washington that

the foregoing is true and correct.


By: _____
     John W. "Cass" Gebbers, President
     Brewster Heights Packing & Orchards,
     LP, d/b/a Gebbers Farms


Dated: _____9/25/19_____

LAW OFFICES OF
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801
(509) 662-3551
Page 3
F:\JA\JF-J\gbbrs\DOL\Wage Rate Adj\p02 Declaration of BHPO_GF_Evans et al v USDOL JAJ.docx

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company,<br><br>        Plaintiffs,<br><br>        vs.<br><br>UNITED STATES DEPARTMENT OF LABOR;<br><br>PATRICK PIZZELLA, in his official | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JARED ENGLAND |

DECLARATION OF JARED ENGLAND
PAGE 1

47B6187

capacity as Acting United States
Secretary of Labor;

JOHN P. PALLASCH, in his official
capacity as Assistant Secretary of
Labor, Employment & Training
Administration, United States
Department of Labor;

CHERYL M. STANTON, in her
official capacity as Administrator of
the Wage & Hour Division, United
States Department of Labor;

      Defendants.

DECLARATION OF JARED ENGLAND
PAGE 2

47B6187

JARED ENGLAND, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.      I am the Owner at Green Ave Lot 516, LLC.

3.      Green Ave Lot 516, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 150 bins of apples in Washington. Approximately 0 percent of those apples were Honeycrisp.

5.      At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.      In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $14.12 per hour.

7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.      I declare under penalty of perjury under the laws of the State of

DECLARATION OF JARED ENGLAND
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: Jared England

Date: 9/21/19

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
4  Wenatchee, WA  98807-1688
   (509) 662-3685 / (509) 662-2452 FAX
5

6              UNITED STATES DISTRICT COURT

7             EASTERN DISTRICT OF WASHINGTON

8
   EVANS FRUIT CO., INC., a              NO. 1:19-cv-03202-SMJ
9  Washington Corporation; WGE
   HOLDINGS, LLC, a Washington           DECLARATION OF JARED
10 Limited Liability Company;            ENGLAND
   McDOUGALL FAMILY
11 FARMING, INC., a Washington
   Corporation; McDOUGALL &
12 SONS, INC., a Washington
   Corporation; DOUBLE S
13 ORCHARDS, LLC, a Washington
   Limited Liability Company;
14 COLUMBIA FRUIT PACKERS,
   INC., a Washington Corporation;
15 COLUMBIA ORCHARD
   MANAGEMENT, INC., a
16 Washington Corporation; and WADE
17 & WADE, LLC, a Washington
   Limited Liability Company,
18
19        Plaintiffs,

20        vs.

21
   UNITED STATES DEPARTMENT
22 OF LABOR;

   PATRICK PIZZELLA, in his official

DECLARATION JARED ENGLAND
PAGE 1

47B6129

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  capacity as Acting United States
   Secretary of Labor;
2
   JOHN P. PALLASCH, in his official
3  capacity as Assistant Secretary of
   Labor, Employment & Training
4  Administration, United States
   Department of Labor;
5
6  CHERYL M. STANTON, in her
   official capacity as Administrator of
7  the Wage & Hour Division, United
   States Department of Labor;
8
9       Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION JARED ENGLAND
PAGE 2

47B6129

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

JARED ENGLAND, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the Managing Partner at Totem Pole Lot 100 LLC.

3.     Totem Pole Lot 100 LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 4,500 bins of apples in Washington. Approximately 15 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $14.12 per hour.

7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.     I declare under penalty of perjury under the laws of the State of

DECLARATION JARED ENGLAND
PAGE 3

47B6129

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _Jared England_____

Date: _9/21/19_____

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ DECLARATION OF JARED ENGLAND |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official | |

DECLARATION JARED ENGLAND
PAGE 1

47B6111

1 capacity as Acting United States
Secretary of Labor;
2

3 JOHN P. PALLASCH, in his official
capacity as Assistant Secretary of
4 Labor, Employment & Training
Administration, United States
5 Department of Labor;

6 CHERYL M. STANTON, in her
official capacity as Administrator of
7 the Wage & Hour Division, United
States Department of Labor;
8

9      Defendants.

DECLARATION JARED ENGLAND
PAGE 2

47B6111

JARED ENGLAND, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.      I am the Managing Partner at Brays Landing Lot 110 LLC.

3.      Brays Landing Lot 110 LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 4,300 bins of apples in Washington. Approximately 5 percent of those apples were Honeycrisp.

5.      At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.      In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $14.12 per hour.

7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.      I declare under penalty of perjury under the laws of the State of

DECLARATION JARED ENGLAND
PAGE 3

47B6111

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _Jared England_

Date: _9|21|19_

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1 | SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
2 | PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
3 | P.O. Box 1688
4 | Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX
5

6 | UNITED STATES DISTRICT COURT

7 | EASTERN DISTRICT OF WASHINGTON

8 | EVANS FRUIT CO., INC., a | NO. 1:19-cv-03202-SMJ
9 | Washington Corporation; WGE
HOLDINGS, LLC, a Washington | DECLARATION OF JARED
10 | Limited Liability Company; | ENGLAND
McDOUGALL FAMILY
11 | FARMING, INC., a Washington
Corporation; McDOUGALL &
12 | SONS, INC., a Washington
Corporation; DOUBLE S
13 | ORCHARDS, LLC, a Washington
Limited Liability Company;
14 | COLUMBIA FRUIT PACKERS,
INC., a Washington Corporation;
15 | COLUMBIA ORCHARD
16 | MANAGEMENT, INC., a
Washington Corporation; and WADE
17 | & WADE, LLC, a Washington
18 | Limited Liability Company,

19 |     Plaintiffs,

20 |     vs.

21 | UNITED STATES DEPARTMENT
22 | OF LABOR;

PATRICK PIZZELLA, in his official

DECLARATION JARED ENGLAND
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  capacity as Acting United States
   Secretary of Labor;
2
3  JOHN P. PALLASCH, in his official
   capacity as Assistant Secretary of
4  Labor, Employment & Training
   Administration, United States
5  Department of Labor;

6  CHERYL M. STANTON, in her
   official capacity as Administrator of
7  the Wage & Hour Division, United
   States Department of Labor;
8
9      Defendants.

DECLARATION JARED ENGLAND
PAGE 2

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

JARED ENGLAND, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the Managing Partner at Manson/Britz Fruit Growers.

3.    Manson/Britz Fruit Growers and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 2,100 bins of apples in Washington. Approximately 20 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $14.12 per hour.

7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.    I declare under penalty of perjury under the laws of the State of

DECLARATION JARED ENGLAND
PAGE 3

47B6089

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _Jared England_____

Date: _9/21/19_____

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JARED ENGLAND |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official | |

DECLARATION JARED ENGLAND
PAGE 1

47B6044

capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

     Defendants.

DECLARATION JARED ENGLAND PAGE 2

47B6044

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

JARED ENGLAND, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.      I am the Owner at Buckeye Investment Group.

3.      Buckeye Investment Group and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 250 bins of apples in Washington. Approximately 0 percent of those apples were Honeycrisp.

5.      At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.      In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $ 14.12 per hour.

7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.      I declare under penalty of perjury under the laws of the State of

DECLARATION JARED ENGLAND
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _Jared England_

Date: _9/21/19_

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JARED ENGLAND |
|      Plaintiffs, | |
|     vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official | |

DECLARATION JARED ENGLAND
PAGE 1

47B6018

capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

   Defendants.

DECLARATION JARED ENGLAND PAGE 2

47B6018

JARED ENGLAND, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.      I am the Owner at Family Tree Orchards.

3.      Family Tree Orchards and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 2,000 bins of apples in Washington. Approximately 0 percent of those apples were Honeycrisp.

5.      At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.      In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $ 14.12 per hour.

7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.      I declare under penalty of perjury under the laws of the State of

DECLARATION JARED ENGLAND
PAGE 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _Jared England_____

Date: _9/26/19_____

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6                  UNITED STATES DISTRICT COURT

7                 EASTERN DISTRICT OF WASHINGTON

8  EVANS FRUIT CO., INC., a            NO. 1:19-cv-03202-SMJ
   Washington Corporation; WGE
9  HOLDINGS, LLC, a Washington         DECLARATION OF MARTIN
   Limited Liability Company;          COCHRAN
10 McDOUGALL FAMILY
   FARMING, INC., a Washington
11 Corporation; McDOUGALL &
   SONS, INC., a Washington
12 Corporation; DOUBLE S
   ORCHARDS, LLC, a Washington
13 Limited Liability Company;
   COLUMBIA FRUIT PACKERS,
14 INC., a Washington Corporation;
   COLUMBIA ORCHARD
15 MANAGEMENT, INC., a
   Washington Corporation; and WADE
16 & WADE, LLC, a Washington
   Limited Liability Company,
17
18       Plaintiffs,

19       vs.

20
   UNITED STATES DEPARTMENT
21 OF LABOR;

22 PATRICK PIZZELLA, in his official

DECLARATION OF MARTIN COCHRAN
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  capacity as Acting United States
   Secretary of Labor;
2
   JOHN P. PALLASCH, in his official
3  capacity as Assistant Secretary of
   Labor, Employment & Training
4  Administration, United States
   Department of Labor;
5
6  CHERYL M. STANTON, in her
   official capacity as Administrator of
7  the Wage & Hour Division, United
   States Department of Labor;
8
9          Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION OF MARTIN COCHRAN
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    MARTIN COCHRAN, pursuant to RCW 9A.72.085, states and declares:

2    1.    I am over 18 years old and make this declaration based upon my

3    personal knowledge. If called upon to do so, I could and would testify

4    competently as a witness to the matters stated herein.

5    2.    I am the Owner at Cochran Orchard.

6    3.    Cochran Orchard and its related and affiliated entities (collectively

7    the "Company") grows and harvests apples in Washington State on its own

8    and/or on behalf of others.

9    4.    In 2018, the Company harvested approximately 75 bins of apples

10   in Washington. Approximately 30 percent of those apples were Honeycrisp.

11   5.    At least a portion of the wages paid by the Company for harvest of

12   apples in 2018 was paid on an hourly basis.

13   6.    In 2018, the hourly wage rate paid by the Company for harvest of

14   apples, excluding Honeycrisp, was $15.00 per hour. In 2018, the hourly wage

15   rate paid by the Company for harvest of Honeycrisp apples was $15.00 per hour.

16   7.    At no point in 2018 did the Company pay $16.00 (or more) per hour

17   as an hourly wage for the harvest of apples.

18   8.    I declare under penalty of perjury under the laws of the State of

DECLARATION OF MARTIN COCHRAN
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _Martin Cohen_

Printed name: _Martin Cochran_

Date: _9-25-2019_

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ <br><br> DECLARATION OF LEN ENGLAND |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official | |

DECLARATION LEN ENGLAND
PAGE 1

47B6008

1  capacity as Acting United States
   Secretary of Labor;

2

3  JOHN P. PALLASCH, in his official
   capacity as Assistant Secretary of

4  Labor, Employment & Training
   Administration, United States

5  Department of Labor;

6  CHERYL M. STANTON, in her
   official capacity as Administrator of

7  the Wage & Hour Division, United
   States Department of Labor;

8

9         Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION LEN ENGLAND
PAGE 2

47B6008

LEN ENGLAND, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the Owner at Len England Orchards.

3.    Len England Orchards and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 6,000 bins of apples in Washington. Approximately 5 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $ 14.12 per hour.

7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.    I declare under penalty of perjury under the laws of the State of

DECLARATION LEN ENGLAND
PAGE 3

47B6008

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: ___Len England___

Date: ___9/24/19___

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3085 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ DECLARATION OF DANIEL PLATH |
|---|---|
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION OF DANIEL PLATH
PAGE 1

47B5423

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

DANIEL PLATH, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the Secretary and Director at Washington Fruit Administrative Services II, Inc.

3.     Washington Fruit Administrative Services II, Inc. and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 410,000 bins of apples in Washington. Approximately 15 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples,

DECLARATION OF DANIEL PLATH
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

47B5423

excluding Honeycrisp, was $14.12-15.00 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $15.00 per hour.

7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION OF DANIEL PLATH
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

Signature: _____

Printed name:  Daniel Plath

Date: _9/19/19_____

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF ALIDA BALLEW |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR;<br><br>PATRICK PIZZELLA, in his official | |

DECLARATION ALIDA BALLEW
PAGE 1

47B3260

1  capacity as Acting United States
   Secretary of Labor;
2
3  JOHN P. PALLASCH, in his official
   capacity as Assistant Secretary of
4  Labor, Employment & Training
   Administration, United States
5  Department of Labor;

6  CHERYL M. STANTON, in her
   official capacity as Administrator of
7  the Wage & Hour Division, United
   States Department of Labor;
8
9       Defendants.

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

ALIDA BALLEW, pursuant to RCW 9A.72.085, states and declares:

1. I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2. I am the Executive Assistant of Campbell Orchards.

3. Campbell Orchards and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4. In 2018, the Company harvested approximately 6,838 bins of apples in Washington. Approximately 10 percent of those apples were Honeycrisp.

5. At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6. In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $22.00-45.00 per bin. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $14.12 per hour.

7. At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8. I declare under penalty of perjury under the laws of the State of

DECLARATION ALIDA BALLEW
PAGE 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

47B3260

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _Alida Ballew_

Date: _9/9/19_

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EVANS FRUIT CO., INC., a Washington
Corporation; WGE HOLDINGS, LLC, a
Washington Limited Liability Company;
McDOUGALL FAMILY FARMING,
INC., a Washington Corporation;
McDOUGALL & SONS, INC., a
Washington Corporation; DOUBLE S
ORCHARDS, LLC, a Washington
Limited Liability Company; COLUMBIA
FRUIT PACKERS, INC., a Washington
Corporation; COLUMBIA ORCHARD
MANAGEMENT, INC., a Washington
Corporation; and WADE & WADE, LLC,
a Washington Limited Liability Company,

      Plaintiffs,

      vs.

UNITED STATES DEPARTMENT OF
LABOR;

PATRICK PIZZELLA, in his official
capacity as Acting United States Secretary
of Labor;

JOHN P. PALLASCH, in his official

NO. 1:19-cv-03202-SMJ

DECLARATION OF SHAWN GAY

DECLARATION SHAWN GAY
PAGE 1

47B2803

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

      Defendants.

SHAWN GAY, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the Managing Member at Finley Cherries LLC.

3.     Finley Cherries LLC and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 2,730 bins of apples in Washington. Approximately 0 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION SHAWN GAY
PAGE 2

47B2803

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    Company for harvest of Honeycrisp apples was $0 per hour.

2       7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3    hourly wage for the harvest of apples.

4    *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION SHAWN GAY
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

8.     I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _____Shaun Gay_____

Date: _____9/13/19_____

DECLARATION
PAGE 4

4768240

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ  DECLARATION OF MARISELA RAMIREZ |
|      Plaintiffs, | |
|     vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION OF MARISELA RAMIREZ
PAGE 1

47B3160

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

MARISELA RAMIREZ, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the Orchard Secretary at Weber Farms.

3.    Weber Farms and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 5,966 bins of apples in Washington. Approximately 65% percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $15.00 per hour. In 2018, the hourly wage rate paid by the

DECLARATION OF MARISELA RAMIREZ
PAGE 2

47B3160

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  Company for harvest of Honeycrisp apples was $15.00 per hour.

2       7.       At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3  hourly wage for the harvest of apples.

4  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION OF MARISELA RAMIREZ
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

8. I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _Marisela Ramirez_

Printed name: ____Marisela Ramirez_____

Date: ____09/10/19_____

DECLARATION

PAGE 5

4768240

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**

(509) 662-3685 Attorneys at Law / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JOHN D. SIMPSON |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION JOHN D. SIMPSON
PAGE 1

47B5248

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

     Defendants.

JOHN D. SIMPSON, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the Owner at Triple S Fruit.

3.     Triple S Fruit and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 2,000 bins of apples in Washington. Approximately 0 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

DECLARATION JOHN D. SIMPSON
PAGE 2

47B5248

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was _14.12_ per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was _-0-_ per hour.

7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.    The Washington Department of Employment Security did not contact me to ask about our 2018 hourly wages paid for harvest of apples, and I provided no information to the Employment Security Department on 2018 wages.

9.    I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _John D. Simpson_

Date: _9 / 23 / 19_

DECLARATION _____
PAGE 3

4768240-WA Apple Growers Template - Real (1)

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ DECLARATION OF GASPAR OROZCO |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION GASPAR OROZCO
PAGE 1

47B3788

1  capacity as Assistant Secretary of Labor,
   Employment & Training Administration,
2  United States Department of Labor;

3  CHERYL M. STANTON, in her official
   capacity as Administrator of the Wage &
4  Hour Division, United States Department
   of Labor;

5
        Defendants.
6

7        GASPAR OROZCO, pursuant to RCW 9A.72.085, states and declares:

8        1.      I am over 18 years old and make this declaration based upon my personal

9  knowledge. If called upon to do so, I could and would testify competently as a witness to

10 the matters stated herein.

11       2.      I am the Manager and Owner at Huertas Orozco, Inc.

12       3.      Huertas Orozco, Inc. and its related and affiliated entities (collectively, the

13 "Company") grows and harvests apples and cherry in Washington State on its own and/or

14 on behalf of others.

15       4.      In 2018, the Company harvested approximately 1,500 bins of apples and

16 approximately 450,000 pounds of cherry in Washington. Approximately 0 percent of those

17 apples were Honeycrisp.

18       5.      At least a portion of the wages paid by the Company for harvest of apples and

19 cherry in 2018 was paid on an hourly basis.

20       6.      In 2018, the hourly wage rate paid by the Company for harvest of apples,

DECLARATION GASPAR OROZCO
PAGE 2

47B3788

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  excluding Honeycrisp, was _$14.12_ per hour. In 2018, the hourly wage rate paid by the

2  Company for harvest of Honeycrisp apples was 0.00 per hour.

3      7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

4  hourly wage for the harvest of apples and cherry.

5      8.    The Washington Department of Employment Security did not contact me to

6  ask about our 2018 hourly wages paid for harvest of apples, and I provided no information

7  to the Employment Security Department on 2018 wages.

8      9.    I declare under penalty of perjury under the laws of the State of Washington

9  that the foregoing/attached is true and correct.

10

11

12     Signature:    _Gaspar Orozco_

13     Printed name:  _GASPAR OROZCO_

14     Date:  _9-23-19_

15

16

17

18

19

20

DECLARATION
PAGE 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

4768240-WA Apple Growers Template - Real (3)

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF SHOU SHIA WANG |
|      Plaintiffs, | |
|      vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION SHOU SHIA WANG
PAGE 1

47B3741

1 | capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

2 |

3 | CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

4 |

5 |

6 |           Defendants.

7 |     SHOU SHIA WANG, pursuant to RCW 9A.72.085, states and declares:

8 |     1.     I am over 18 years old and make this declaration based upon my personal

9 | knowledge. If called upon to do so, I could and would testify competently as a witness to

10 | the matters stated herein.

11 |     2.     I am the Manager at Tree Fruit Management, LLC.

12 |     3.     Tree Fruit Management, LLC and its related and affiliated entities

13 | (collectively, the "Company") grows and harvests apples and cherry in Washington State

14 | on its own and/or on behalf of others.

15 |     4.     In 2018, the Company harvested approximately 6,000 bins of apples and

16 | approximately 1,200,000 pounds of cherry in Washington. Approximately 0 percent of

17 | those apples were Honeycrisp.

18 |     5.     At least a portion of the wages paid by the Company for harvest of apples and

19 | cherry in 2018 was paid on an hourly basis.

20 |     6.     In 2018, the hourly wage rate paid by the Company for harvest of apples,

DECLARATION SHOU SHIA WANG
PAGE 2

47B3741

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  excluding Honeycrisp, was _$14.12_ per hour. In 2018, the hourly wage rate paid by the

2  Company for harvest of Honeycrisp apples was 0.00 per hour.

3       7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

4  hourly wage for the harvest of apples and cherry.

5       8.    The Washington Department of Employment Security did not contact me to

6  ask about our 2018 hourly wages paid for harvest of apples, and I provided no information

7  to the Employment Security Department on 2018 wages.

8       9.    I declare under penalty of perjury under the laws of the State of Washington

9  that the foregoing/attached is true and correct.

10

11                       TREE FRUIT MANAGEMENT, LLC

12       Signature: _Shou Shi Wang_

13       Printed name: _SHOU SHI WANG_

14       Date: _9/23/19_

15

16

17

18

19

20

DECLARATION
PAGE 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ <br><br> DECLARATION OF SHOU SHIA WANG |
|      Plaintiffs, | |
|     vs. | |
| UNITED STATES DEPARTMENT OF LABOR; <br><br> PATRICK PIZZELLA, in his official | |

DECLARATION SHOU SHIA WANG
PAGE 1

47B3686

1  capacity as Acting United States
   Secretary of Labor;
2
   JOHN P. PALLASCH, in his official
3  capacity as Assistant Secretary of
   Labor, Employment & Training
4  Administration, United States
   Department of Labor;
5
6  CHERYL M. STANTON, in her
   official capacity as Administrator of
7  the Wage & Hour Division, United
   States Department of Labor;
8
9       Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION SHOU SHIA WANG
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SHOU SHIA WANG, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the Managing Partner at Fugachee Orchards Partnership.

3.     Fugachee Orchards Partnership and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 12,366 bins of apples in Washington. Approximately 0 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $ 15.00 per hour.

7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.     I declare under penalty of perjury under the laws of the State of

DECLARATION SHOU SHIA WANG
PAGE 3

47B3686

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _Sha Shu Wang_

Printed name: _SHOU SHOA WANG_

Date: _9/23/19_

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF<br><br>JAMES D. THOMAS |

Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF LABOR;

PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official

4768240

1 capacity as Assistant Secretary of Labor,
Employment & Training Administration,
2 United States Department of Labor;

3 CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
4 Hour Division, United States Department
of Labor;

5
Defendants.
6

JAMES THOMAS, pursuant to RCW 9A.72.085 states and declares:

7      1.      I am over 18 years old and make this declaration based upon my personal

8 knowledge. If called upon to do so, I could and would testify competently as a witness to

9 the matters stated herein.

       2.      I am the owner and president of Custom Orchards, Inc.

10      3.      Custom Orchards grows and harvests apples in Washington

11 State on its own and/or on behalf of others.

1      4.      In 2018, Custom Orchards harvested approximately 132,988 bins of apples

In Washington.  Approximately 8,445 bins of those apples were Honeycrisp.

       5.      At least a portion of the wages paid by Custom Orchards for harvest of

apples in 2018 was paid on an hourly basis.

       6.      In 2018, the hourly wage rate paid by Custom Orchards for harvest of apples,

excluding Honeycrisp, was $14.12 per hour.  In 2018, the hourly wage rate paid by

Custom
DECLARATION
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

4768240

Orchards for harvest of Honeycrisp apples was $15.00 per hour.

7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

3                      Signature: _____

4                      Printed name: _James D Thomas_

5                      Date: _7/24/19_

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

4768240

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF LISA MCCULLOUGH |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION LISA MCCULLOUGH
PAGE 1

47B4080

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

 Defendants.

LISA MCCULLOUGH, pursuant to RCW 9A.72.085, states and declares:

1.   I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.   I am the Business Manager at Bronze Star Orchard and Blue & White Orchard.

3.   Bronze Star Orchard and Blue & White Orchard and related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.   In 2018, the Company harvested approximately 4,456 bins of apples in Washington. Approximately 21 percent of those apples were Honeycrisp.

5.   At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.   In 2018, the hourly wage rate paid by the Company for harvest of apples,

DECLARATION LISA MCCULLOUGH
PAGE 2

47B4080

excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $15.00 per hour.

7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION LISA MCCULLOUGH
PAGE 3

47B4080

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

3
          Signature:    _Lisa McCullough_
4
          Printed name:    _Lisa McCullough_
5
          Date:    _9/24/2019_
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ  DECLARATION OF JOHN DOUGLAS |

Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF LABOR;

PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official

DECLARATION JOHN DOUGLAS
PAGE 1

47B4054

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

      Defendants.

JOHN DOUGLAS, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the President at Douglas Ag Services.

3.    Douglas Ag Services and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 108,565 bins of apples in Washington. Approximately 16.4 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION JOHN DOUGLAS
PAGE 2

47B4054

1    Company for harvest of Honeycrisp apples was $15.00 per hour.

2           7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3    hourly wage for the harvest of apples.

4    *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION JOHN DOUGLAS
PAGE 3

47B4054

1     8.    I declare under penalty of perjury under the laws of the State of Washington

2 that the foregoing/attached is true and correct.

3         Signature: _____

4         Printed name: _____John H. Douglas_____

5         Date: _____Sept 23. 2019_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    SALLY W. HARMELING, WSBA No. 49457
     ROBERT R. SIDERIUS, WSBA No. 15551
2    PETER A. SPADONI, WSBA No. 11390
     Jeffers, Danielson, Sonn & Aylward, P.S.
3    P.O. Box 1688
     Wenatchee, WA  98807-1688
4    (509) 662-3685 / (509) 662-2452 FAX

5

6                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF WASHINGTON

7

     EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
8    Corporation; WGE HOLDINGS, LLC, a
     Washington Limited Liability Company;        DECLARATION OF WILLIAM
9    McDOUGALL FAMILY FARMING,                     BORTON
     INC., a Washington Corporation;
10   McDOUGALL & SONS, INC., a
     Washington Corporation; DOUBLE S
11   ORCHARDS, LLC, a Washington
     Limited Liability Company; COLUMBIA
12   FRUIT PACKERS, INC., a Washington
     Corporation; COLUMBIA ORCHARD
13   MANAGEMENT, INC., a Washington
     Corporation; and WADE & WADE, LLC,
14   a Washington Limited Liability Company,

15          Plaintiffs,

16          vs.

17   UNITED STATES DEPARTMENT OF
     LABOR;
18
     PATRICK PIZZELLA, in his official
19   capacity as Acting United States Secretary
     of Labor;
20
     JOHN P. PALLASCH, in his official

     DECLARATION WILLIAM BORTON
     PAGE 1

47B3600

1 | capacity as Assistant Secretary of Labor,
Employment & Training Administration,
2 | United States Department of Labor;

3 | CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
4 | Hour Division, United States Department
of Labor;

5 |

                    Defendants.
6 |

7 |         WILLIAM BORTON, pursuant to RCW 9A.72.085, states and declares:

8 |         1.      I am over 18 years old and make this declaration based upon my personal

9 | knowledge. If called upon to do so, I could and would testify competently as a witness to

10 | the matters stated herein.

11 |         2.      I am the Owner at Borton & Sons, Inc.

12 |         3.      Borton & Sons, Inc. and its related and affiliated entities (collectively, the

13 | "Company") grows and harvests apples in Washington State on its own and/or on behalf

14 | of others.

15 |         4.      In 2018, the Company harvested approximately 344,859 bins of apples in

16 | Washington. Approximately 19.2 percent of those apples were Honeycrisp.

17 |         5.      At least a portion of the wages paid by the Company for harvest of apples in

18 | 2018 was paid on an hourly basis.

19 |         6.      In 2018, the hourly wage rate paid by the Company for harvest of apples,

20 | excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION WILLIAM BORTON
PAGE 2

47B3600

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    Company for harvest of Honeycrisp apples was $15.00 per hour.

2          7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3    hourly wage for the harvest of apples.

4    *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION WILLIAM BORTON
PAGE 3

47B3600

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

Signature: _William Borton_

Printed name:  William Borton

Date:  9-20-19

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EVANS FRUIT CO., INC., a
Washington Corporation; WGE
HOLDINGS, LLC, a Washington
Limited Liability Company;
McDOUGALL FAMILY
FARMING, INC., a Washington
Corporation; McDOUGALL &
SONS, INC., a Washington
Corporation; DOUBLE S
ORCHARDS, LLC, a Washington
Limited Liability Company;
COLUMBIA FRUIT PACKERS,
INC., a Washington Corporation;
COLUMBIA ORCHARD
MANAGEMENT, INC., a
Washington Corporation; and WADE
& WADE, LLC, a Washington
Limited Liability Company,

  Plaintiffs,

  vs.

UNITED STATES DEPARTMENT
OF LABOR;

PATRICK PIZZELLA, in his official

NO. 1:19-cv-03202-SMJ

DECLARATION OF RODERICK
MATSON

DECLARATION RODERICK MATSON
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  capacity as Acting United States
   Secretary of Labor;
2
   JOHN P. PALLASCH, in his official
3  capacity as Assistant Secretary of
   Labor, Employment & Training
4  Administration, United States
   Department of Labor;
5
6  CHERYL M. STANTON, in her
   official capacity as Administrator of
7  the Wage & Hour Division, United
   States Department of Labor;
8
9          Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION RODERICK MATSON
PAGE 2

47B3588

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

RODERICK MATSON, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the President at Matson Fruit Company.

3.     Matson Fruit Company and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 55,000 bins of apples in Washington. Approximately 13 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $ 15.00 per hour.

7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.     I declare under penalty of perjury under the laws of the State of

DECLARATION RODERICK MATSON
PAGE 3

47B3588

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: Roderick Matson

Date: 8-30-19

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF ORLIN KNUTSON |
|     Plaintiffs, | |
|     vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official | |

DECLARATION ORLIN KNUTSON
PAGE 1

47B3565

1 capacity as Acting United States
Secretary of Labor;
2

3 JOHN P. PALLASCH, in his official
capacity as Assistant Secretary of
4 Labor, Employment & Training
Administration, United States
5 Department of Labor;

6 CHERYL M. STANTON, in her
official capacity as Administrator of
7 the Wage & Hour Division, United
States Department of Labor;
8

9      Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION ORLIN KNUTSON
PAGE 2

47B3565

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

ORLIN KNUTSON, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the Owner at Alamo Organic Orchard, LLC.

3.    Alamo Organic Orchard, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 9,000 bins of apples in Washington. Approximately 5 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $ 14.12 per hour.

7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.    I declare under penalty of perjury under the laws of the State of

DECLARATION ORLIN KNUTSON
PAGE 3

47B3565

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _Orlin Knutson_

Printed name: _Orlin Knutson_

Date: _Sept 3, 2019_

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
4  Wenatchee, WA  98807-1688
   (509) 662-3685 / (509) 662-2452 FAX
5

6                 UNITED STATES DISTRICT COURT

7                 EASTERN DISTRICT OF WASHINGTON

8  EVANS FRUIT CO., INC., a              NO. 1:19-cv-03202-SMJ
9  Washington Corporation; WGE
   HOLDINGS, LLC, a Washington           DECLARATION OF DEREK
10 Limited Liability Company;            CARLSON
   McDOUGALL FAMILY
11 FARMING, INC., a Washington
12 Corporation; McDOUGALL &
   SONS, INC., a Washington
13 Corporation; DOUBLE S
   ORCHARDS, LLC, a Washington
14 Limited Liability Company;
   COLUMBIA FRUIT PACKERS,
15 INC., a Washington Corporation;
   COLUMBIA ORCHARD
16 MANAGEMENT, INC., a
17 Washington Corporation; and WADE
   & WADE, LLC, a Washington
18 Limited Liability Company,

19      Plaintiffs,

20      vs.

21
   UNITED STATES DEPARTMENT
22 OF LABOR;

   PATRICK PIZZELLA, in his official

DECLARATION DEREK CARLSON
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1   capacity as Acting United States
    Secretary of Labor;
2
    JOHN P. PALLASCH, in his official
3   capacity as Assistant Secretary of
    Labor, Employment & Training
4   Administration, United States
    Department of Labor;
5
6   CHERYL M. STANTON, in her
    official capacity as Administrator of
7   the Wage & Hour Division, United
    States Department of Labor;
8
9           Defendants.

10

11

12

13

14

15

16

17

18

19

20

21

22

DECLARATION DEREK CARLSON
PAGE 2

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

DEREK CARLSON, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the President at Cherry Creek, Inc.

3.    Cherry Creek Inc. and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 1,200 bins of apples in Washington. Approximately 90 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $ 15.00 per hour.

7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.    I declare under penalty of perjury under the laws of the State of

DECLARATION DEREK CARLSON
PAGE 3

47B3296

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _Derek Carlson_

Printed name: _Derek Carlson_

Date: _8/30/19_

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF SCOTT JACKY |

       Plaintiffs,

       vs.

UNITED STATES DEPARTMENT OF LABOR;

PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official

DECLARATION SCOTT JACKY
PAGE 1

47B3108

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

    Defendants.

SCOTT JACKY, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the Manger of Orchard Operations at Valley Fruit Orchards, LLC.

3.    Valley Fruit Orchards, LLC and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 59,435 bins of apples in Washington. Approximately 16 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION SCOTT JACKY
PAGE 2

47B3108

1  Company for harvest of Honeycrisp apples was $14.12 per hour.

2        7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3  hourly wage for the harvest of apples.

4  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION SCOTT JACKY
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1     8.     I declare under penalty of perjury under the laws of the State of Washington

2 that the foregoing/attached is true and correct.

3

4                   Signature: _____

5                   Printed name:   SCOTT JACKY _____

6                   Date:       9/10/19 _____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JOHN W. HUIBREGTSE |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION OF JOHN W. HUIBREGTSE
PAGE 1

47B3053

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

      Defendants.

JOHN W. HUIBREGTSE, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the Chief Financial Officer at Sundquist Fruit, LLC.

3.     Sundquist Fruit, LLC and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 65,000 bins of apples in Washington. Approximately 15% percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION OF JOHN W. HUIBREGTSE
PAGE 2

47B3053

1  Company for harvest of Honeycrisp apples was $14.12 per hour.

2        7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3  hourly wage for the harvest of apples.

4  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF JOHN W. HUIBREGTSE
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

3
              Signature: _____

4
              Printed name: ___JOHN__W.__HUIBREGTSE___

5
              Date: ____9/10/2019___

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

4768240

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6                UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF WASHINGTON
7

8  EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
   Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;        DECLARATION OF DOUGLAS J.
9  McDOUGALL FAMILY FARMING,                    STOCKWELL
   INC., a Washington Corporation;
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15       Plaintiffs,

16       vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;
18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;
20
   JOHN P. PALLASCH, in his official

DECLARATION OF DOUGLAS J. STOCKWELL
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

      Defendants.

DOUGLAS J. STOCKWELL, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the President of Northwest Orchard Management, Inc., the manager of The Highland Partnership ("Highland").

3.     Highland and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 9,987 bins of apples in Washington. Approximately 47 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION OF DOUGLAS J. STOCKWELL
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Company for harvest of 4,467 bins of its Honeycrisp apples was $15.00 per hour.

7.     In 2018, the only time the Company paid an hourly wage for the harvest of apples above $15.00 per hour, was for a three-day, swing shift, trial for the harvest of Honeycrisp, involving the harvest of 248 bins of Honeycrisp, or 2% of its apples, the Company paid $16.00 per hour. At no other point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

DECLARATION OF DOUGLAS J. STOCKWELL
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2   that the foregoing/attached is true and correct.

3            Signature: _____

4            Printed name:   DOUGLAS J. STOCKWELL

5            Date: _____9/10/19_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION of DOUGLAS J. STOCKWELL
PAGE 4

Stockwell Declaration

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JULIE W. NICHOLS |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official | |

DECLARATION JULIE W. NICHOLS
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    capacity as Acting United States
     Secretary of Labor;
2
     JOHN P. PALLASCH, in his official
3    capacity as Assistant Secretary of
     Labor, Employment & Training
4    Administration, United States
     Department of Labor;
5
6    CHERYL M. STANTON, in her
     official capacity as Administrator of
7    the Wage & Hour Division, United
     States Department of Labor;
8
9          Defendants.
10
11
12
13
14
15
16
17
18
19
20
21
22

DECLARATION JULIE W. NICHOLS
PAGE 2

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

JULIE W. NICHOLS, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am a member of Sleepy Hollow Enterprises, LLC.

3.    Sleepy Hollow Enterprises, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 3,467 bins of apples in Washington. Approximately 33 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $ 16.00 per hour.

7.    I declare under penalty of perjury under the laws of the State of

DECLARATION JULIE W. NICHOLS
PAGE 3

47B2710

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _Julie W Nichols_

Printed name: _Julie W. Nichols_

Date: _September 04, 2019_

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF WASHINGTON

7

   EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
8  Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;         DECLARATION OF BRETT VALICOFF
9  McDOUGALL FAMILY FARMING,
   INC., a Washington Corporation;
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15          Plaintiffs,

16          vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;
18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;
20
   JOHN P. PALLASCH, in his official

   DECLARATION BRETT VALICOFF
   PAGE 1

   47B2897

capacity as Assistant Secretary of Labor,
Employment & Training Administration,
United States Department of Labor;

CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
Hour Division, United States Department
of Labor;

      Defendants.

BRETT VALICOFF, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the General Manager at Valicoff Fruit Company, Inc.

3.     Valicoff Fruit Company, Inc. and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 38,367 bins of apples in Washington. Approximately 9 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION BRETT VALICOFF
PAGE 2

47B2897

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  Company for harvest of Honeycrisp apples was $14.12 per hour.

2      7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3  hourly wage for the harvest of apples.

4  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION BRETT VALICOFF
PAGE 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1     8.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

Signature: _____

Printed name: __BRETT VALILOFF__

Date: ____9/12/19____

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EVANS FRUIT COMPANY, INC., a
Washington Corporation; WGE
HOLDINGS, LLC, a Washington Limited
Liability Company; McDOUGALL
FAMILY FARMING, INC., a
Washington Corporation; McDOUGALL
& SONS, INC., a Washington
Corporation; DOUBLE S ORCHARDS,
LLC, a Washington Limited Liability
Company; COLUMBIA FRUIT
PACKERS, INC., a Washington
Corporation; COLUMBIA ORCHARD
MANAGEMENT, INC., a Washington
Corporation; and WADE & WADE, LLC,
a Washington Limited Liability Company

    Plaintiffs

    vs.

No.

DECLARATION OF:

CRANE & CRANE, INC.

LAW OFFICES OF
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801
(509) 662-3551
Page 1

\\Fuji\Shared Documents\Admin\Attorney Client Priviledge\Declaration for Wage Lawsuit 2019\p02 Declaration of Crane  Crane_Evans v DOL
JAJ.doc

UNITED STATES DEPARTMENT OF
LABOR,

PATRICK PIZZELLA, in his official
capacity as Acting United States Secretary
of Labor;

JOHN P. PALLASCH, in his official
capacity as Assistant
Secretary of Labor, Employment &
Training Administration, United States
Department of Labor;

CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
Hour Division, United States Department
of Labor;

            Defendants.

I, Rachel Crane Sullivan, pursuant to RCW 9A.72.085 states and declares:

1.     I am over 18 years of age and make this declaration based upon my personal

knowledge. If called upon to do so, I could and would testify competently as a

witness to the matters stated herein.

2.     I am the President of Crane & Crane, Inc.

3.     Crane & Crane, Inc. and its related and affiliated entities, including C&S

Orchards II, LP,(collectively "Crane & Crane") grows and harvests apples in

Washington State on its own and/or on behalf of others.

4.     In 2018, Crane & Crane harvested approximately _35,603_ bins of apples in

Washington State. Approximately 22.3 percent of those apples were Honeycrisp.

LAW OFFICES OF
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801
(509) 662-3551
Page 2
\\Fuji\Shared Documents\Admin\Attorney Client Priviledge\Declaration for Wage Lawsuit 2019\p02 Declaration of Crane  Crane_Evans v DOL
JAJ.doc

5. At least a portion of the wages paid by Crane & Crane for the picking of apples in 2018 was paid on an hourly basis.

6. In 2018, the hourly wage rate paid by Crane & Crane for the picking of apples for workers who were not being paid on a piece rate basis, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by Crane & Crane for the picking of Honeycrisp apples by workers who were not being paid on a piece rate basis was $__15.00___ per hour.

7. At no point in 2018 did Crane & Crane pay $16.00 (or more) per hour as an hourly wage for the picking of apples by workers who were not paid on a piece rate basis.

8. I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

_____

Rachel Crane Sullivan

Dated: _____9/23/19_____

LAW OFFICES OF
Davis, Arneil Law Firm, LLP
617 Washington Street
Wenatchee, WA 98801
(509) 662-3551
Page 3

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JORGE L. SANCHEZ |
|       Plaintiffs, | |
|       vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION OF JORGE L. SANCHEZ
PAGE 1

Sanchez Decl.

capacity as Assistant Secretary of Labor,
Employment & Training Administration,
United States Department of Labor;

CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
Hour Division, United States Department
of Labor;

      Defendants.

JORGE L. SANCHEZ, pursuant to RCW 9A.72.085, states and declares:

    1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

    2.    I am the Vice President at Northern Fruit Company.

    3.    Northern Fruit Company and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

    4.    In 2018, the Company harvested approximately 114,000 bins of apples in Washington. Approximately one percent of those apples were Honeycrisp.

    5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

    6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION OF JORGE L. SANCHEZ
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  Company for harvest of Honeycrisp apples was $14.12 per hour.

2       7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3  hourly wage for the harvest of apples.

4    *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION OF JORGE L. SANCHEZ
PAGE 3

Sanchez Decl.

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3                    Signature: _Jorge Sanchez_____

4                    Printed name: _JORGE L SANCHEZ_

5                    Date: _9-11-19_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION OF JORGE L. SANCHEZ
PAGE 4

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a ) <br> Washington Corporation; WGE ) <br> HOLDINGS, LLC, a Washington ) <br> Limited Liability Company; ) <br> McDOUGALL FAMILY FARMING,) <br> INC., a Washington Corporation; ) <br> McDOUGALL & SONS, INC., a ) <br> Washington Corporation; DOUBLE S ) <br> ORCHARDS, LLC, a Washington ) <br> Limited Liability Company; ) <br> COLUMBIA FRUIT PACKERS, ) <br> INC., a Washington Corporation; ) <br> COLUMBIA ORCHARD ) <br> MANAGEMENT, INC., a ) <br> Washington Corporation; and WADE ) <br> & WADE, LLC, a Washington ) <br> Limited Liability Company, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> ) <br>     vs. ) <br> _____ ) | NO. 1:19-cv-03202-SMJ <br><br> DECLARATION OF ZACH WILLIAMS |

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

| | |
|---|---|
| 1 | ) |
| | UNITED STATES DEPARTMENT ) |
| 2 | OF LABOR; ) |
| | ) |
| 3 | PATRICK PIZZELLA, in his official ) |
| 4 | capacity as Acting United States ) |
| | Secretary of Labor; ) |
| 5 | ) |
| | JOHN P. PALLASCH, in his official ) |
| 6 | capacity as Assistant Secretary of ) |
| 7 | Labor, Employment & Training ) |
| | Administration, United States ) |
| 8 | Department of Labor; ) |
| | ) |
| 9 | CHERYL M. STANTON, in her ) |
| 10 | official capacity as Administrator of ) |
| | the Wage & Hour Division, United ) |
| 11 | States Department of Labor; ) |
| | ) |
| 12 | Defendants. ) |
| 13 | _____ ) |

ZACH WILLIAMS, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon

my personal knowledge. If called upon to do so, I could and would testify

competently as a witness to the matters stated herein.

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

2.     I am the Director of Human Resources at Stemilt Growers, LLC.

3.     Stemilt Growers and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 232,778 bins of apples in Washington. Approximately 12.5 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $15.00 per hour.

7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.     I declare under penalty of perjury under the laws of the State of

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name: _Zach Williams_____

Date: ____8/28/2019_____

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a ) | NO. 1:19-cv-03202-SMJ |
| Washington Corporation; WGE ) | |
| HOLDINGS, LLC, a Washington ) | |
| Limited Liability Company; ) | DECLARATION OF KYLE D. |
| McDOUGALL FAMILY FARMING,) | MATHISON |
| INC., a Washington Corporation; ) | |
| McDOUGALL & SONS, INC., a ) | |
| Washington Corporation; DOUBLE S ) | |
| ORCHARDS, LLC, a Washington ) | |
| Limited Liability Company; ) | |
| COLUMBIA FRUIT PACKERS, ) | |
| INC., a Washington Corporation; ) | |
| COLUMBIA ORCHARD ) | |
| MANAGEMENT, INC., a ) | |
| Washington Corporation; and WADE ) | |
| & WADE, LLC, a Washington ) | |
| Limited Liability Company, ) | |
| ) | |
|     Plaintiffs, ) | |
| ) | |
| ) | |
|     vs. ) | |
| _____ ) | |

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

| | |
|---|---|
| 1 | )
| | UNITED STATES DEPARTMENT )
| 2 | OF LABOR; )
| | )
| 3 | PATRICK PIZZELLA, in his official )
| 4 | capacity as Acting United States )
| | Secretary of Labor; )
| 5 | )
| | JOHN P. PALLASCH, in his official )
| 6 | capacity as Assistant Secretary of )
| 7 | Labor, Employment & Training )
| | Administration, United States )
| 8 | Department of Labor; )
| | )
| 9 | CHERYL M. STANTON, in her )
| 10 | official capacity as Administrator of )
| | the Wage & Hour Division, United )
| 11 | States Department of Labor; )
| | )
| 12 | Defendants. )
| 13 | _____ )

KYLE D. MATHISON, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

2.      I am the President at Kyle Mathison Orchard, Inc.

3.      Kyle Mathison Orchard, Inc. and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 2,786 bins of apples in Washington. Approximately 10 percent of those apples were Honeycrisp.

5.      At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.      In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $15.00 per hour.

7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.      I declare under penalty of perjury under the laws of the State of

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _Kyle D. Mathison_

Printed name: _Kyle D. Mathison_

Date: _8/27/2019_

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 1 | |
| 2 | |

EVANS FRUIT CO., INC., a )   NO. 1:19-cv-03202-SMJ
Washington Corporation; WGE )
HOLDINGS, LLC, a Washington )
Limited Liability Company; )   DECLARATION OF BARCLAY
McDOUGALL FAMILY FARMING, )   CRANE
INC., a Washington Corporation; )
McDOUGALL & SONS, INC., a )
Washington Corporation; DOUBLE S )
ORCHARDS, LLC, a Washington )
Limited Liability Company; )
COLUMBIA FRUIT PACKERS, )
INC., a Washington Corporation; )
COLUMBIA ORCHARD )
MANAGEMENT, INC., a )
Washington Corporation; and WADE )
& WADE, LLC, a Washington )
Limited Liability Company, )
           )
    Plaintiffs, )
           )
    vs. )
           )

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1

UNITED STATES DEPARTMENT )
OF LABOR; )
2 )
 )
3
PATRICK PIZZELLA, in his official )
4 capacity as Acting United States )
Secretary of Labor; )
5 )
 )
6 JOHN P. PALLASCH, in his official )
capacity as Assistant Secretary of )
7 Labor, Employment & Training )
Administration, United States )
8 Department of Labor; )
 )
9 CHERYL M. STANTON, in her )
official capacity as Administrator of )
10 the Wage & Hour Division, United )
States Department of Labor; )
11 )
 )
12      Defendants. )
_____ )
13

14

15      BARCLAY CRANE pursuant to RCW 9A.72.085, states and declares:

16      1.      I am over 18 years old and make this declaration based upon my

17 personal knowledge. If called upon to do so, I could and would testify

18 competently as a witness to the matters stated herein.

19

20

21

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

2.     I am the manager of Pegasus Premier Fruit, LLC.

3.     Pegasus Premier Fruit and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 7,000 bins of apples in Washington. Approximately 15 percent of those apples were Honeycrisp. This was from approximately 223 acres under cultivation.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $15.00 per hour.

7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples. Workers had the ability to earn more by the hour when working by the piece.

8.     I declare under penalty of perjury under the laws of the State of

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name:     Barclay Crane

Date:     _____

DECLARATION OF BARCLAY CRANE
Page 4 of 4

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF DALE M. FOREMAN |
|   Plaintiffs, | |
|   vs. | |
| UNITED STATES DEPARTMENT OF LABOR;<br><br>PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;<br><br>JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Dale M. Foreman, pursuant to RCW 9A.72.085, states and declares:

1.  I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.  I am a Member of LSI Orchard, LLC.

3.  LSI Orchard, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.  In 2018, the Company harvested approximately 3,633 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5.  In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6.  At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

2018 was paid on an hourly basis.

7.     In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $14.12 per hour.

8.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

Declaration Merge Working Doc.DOCX

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2   that the foregoing/attached is true and correct.

3                   Signature:    _____

4                   Printed name:   Dale M. Foreman, Member, LSI Orchard, LLC

5                   Date:    9/25/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF DALE M. FOREMAN |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

1  capacity as Assistant Secretary of Labor,
   Employment & Training Administration,
2  United States Department of Labor;

3  CHERYL M. STANTON, in her official
   capacity as Administrator of the Wage &
4  Hour Division, United States Department
   of Labor;
5
   Defendants.
6

7         Dale M. Foreman, pursuant to RCW 9A.72.085, states and declares:

8         1.      I am over 18 years old and make this declaration based upon my personal

9  knowledge. If called upon to do so, I could and would testify competently as a witness to

10 the matters stated herein.

11        2.      I am a Member of Bench Orchard, LLC.

12        3.      Bench Orchard, LLC and its related and affiliated entities (collectively the

13 "Company") grows and harvests apples in Washington State on its own and/or on behalf

14 of others.

15        4.      In 2018, the Company harvested approximately 1,914 bins of apples in

16 Washington. Approximately 0% of those apples were Honeycrisp.

17        5.      In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from

18 high density orchards, and N/A of the Company's harvest of Honeycrisp apples came

19 from high density orchards.

20        6.      At least a portion of the wages paid by the Company for harvest of apples in

DECLARATION
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

1 | 2018 was paid on an hourly basis.

2 |     7.     In 2018, the hourly wage rate paid by the Company for harvest of apples,

3 | including Honeycrisp, was $14.12 per hour.

4 |     8.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an

5 | hourly wage for the harvest of apples.

6 | *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3                    Signature:    _GMKone_____

4                    Printed name:   Dale M. Foreman, Member, Bench Orchard, LLC

5                    Date:    9/25/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF DALE M. FOREMAN |
|      Plaintiffs, | |
|      vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Dale M. Foreman, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am a Member of Frenchman Orchards, LLC.

3.    Frenchman Orchards, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 2,085 bins of apples in Washington. Approximately 5% of those apples were Honeycrisp.

5.    In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and 0% of the Company's harvest of Honeycrisp apples came from high density orchards.

6.    At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

1  2018 was paid on an hourly basis.

2      7.      In 2018, the hourly wage rate paid by the Company for harvest of apples,

3  including Honeycrisp, was $12.00 to $15.00 per hour.

4      8.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

5  hourly wage for the harvest of apples.

6  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 3

Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2   that the foregoing/attached is true and correct.

3                    Signature:    _____

4                    Printed name:    Dale M. Foreman, Member, Frenchman Orchards,

5   LLC

6                    Date:    9/25/2019

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ DECLARATION OF DALE M. FOREMAN |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Dale M. Foreman, pursuant to RCW 9A.72.085, states and declares:

1. I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2. I am a Member of Phoenix Orchards, LLC.

3. Phoenix Orchards, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4. In 2018, the Company harvested approximately 7,363 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5. In 2018, 100% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6. At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

2018 was paid on an hourly basis.

7.     In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $14.12 per hour.

8.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

9.   I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name:   Dale M. Foreman, Member, Phoenix Orchards, LLC

Date:   9/25/2019

DECLARATION
PAGE 4

Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF DALE M. FOREMAN |

      Plaintiffs,

      vs.

UNITED STATES DEPARTMENT OF LABOR;

PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

| | |
|---|---|
| 1 | capacity as Assistant Secretary of Labor, Employment & Training Administration, |
| 2 | United States Department of Labor; |
| 3 | CHERYL M. STANTON, in her official capacity as Administrator of the Wage & |
| 4 | Hour Division, United States Department of Labor; |
| 5 | |
| | Defendants. |

6

7    Dale M. Foreman, pursuant to RCW 9A.72.085, states and declares:

8    1.    I am over 18 years old and make this declaration based upon my personal

9 knowledge. If called upon to do so, I could and would testify competently as a witness to

10 the matters stated herein.

11    2.    I am a Member of Turtle Rock Orchard, LLC.

12    3.    Turtle Rock Orchard, LLC and its related and affiliated entities (collectively

13 the "Company") grows and harvests apples in Washington State on its own and/or on

14 behalf of others.

15    4.    In 2018, the Company harvested approximately 634 bins of apples in

16 Washington. Approximately 0% of those apples were Honeycrisp.

17    5.    In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from

18 high density orchards, and 0% of the Company's harvest of Honeycrisp apples came from

19 high density orchards.

20    6.    At least a portion of the wages paid by the Company for harvest of apples in

DECLARATION
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

2018 was paid on an hourly basis.

7.     In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $14.12 per hour.

8.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

Declaration Merge Working Doc.DOCX

1   9.   I declare under penalty of perjury under the laws of the State of Washington

2   that the foregoing/attached is true and correct.

3                                    Signature:   _____

4                                    Printed name:   Dale M. Foreman, Member, Turtle Rock Orchard,

5   LLC

6                                    Date:   9/25/2019

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

                UNITED STATES DISTRICT COURT
6
              EASTERN DISTRICT OF WASHINGTON
7

8  EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
   Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;        DECLARATION OF ADAM B.
9  McDOUGALL FAMILY FARMING,                     WRIGHT
   INC., a Washington Corporation;
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15         Plaintiffs,

16         vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;
18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;
20
   JOHN P. PALLASCH, in his official

   DECLARATION
   PAGE 1

   Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Adam B. Wright, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.      I am the CFO of Panorama Orchards, LLC.

3.      Panorama Orchards, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 1,737 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5.      In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6.      At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

2018 was paid on an hourly basis.

7.    In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $12.00 to $15.00 per hour.

8.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3                    Signature: _____

4                    Printed name:    Adam B. Wright, CFO

5                    Date:    9/25/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF WASHINGTON
7

   EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
8  Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;         DECLARATION OF ADAM B.
9  McDOUGALL FAMILY FARMING,                     WRIGHT
   INC., a Washington Corporation;
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15        Plaintiffs,

16        vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;
18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;
20
   JOHN P. PALLASCH, in his official

   DECLARATION
   PAGE 1

   Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Adam B. Wright, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the CFO of Simmons Orchard, LLC.

3.    Simmons Orchard, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 2,228 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5.    In 2018, 34% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6.    At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

2018 was paid on an hourly basis.

7.   In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $14.12 per hour.

8.   At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

3            Signature: _____

4            Printed name:   Adam B. Wright, CFO

5            Date:    9/25/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

Declaration Merge Working Doc.DOCX

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF ADAM B. WRIGHT |
|      Plaintiffs, | |
|      vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Adam B. Wright, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the CFO of Elk Orchards, LLC.

3.     Elk Orchards, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 1,704 bins of apples in Washington. Approximately 9% of those apples were Honeycrisp.

5.     In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and 0% of the Company's harvest of Honeycrisp apples came from high density orchards.

6.     At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

1    2018 was paid on an hourly basis.

2        7.     In 2018, the hourly wage rate paid by the Company for harvest of apples,

3    including Honeycrisp, was $12.00 per hour.

4        8.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an

5    hourly wage for the harvest of apples.

6    *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

9.     I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name:   Adam B. Wright, CFO

Date:     9/25/2019

DECLARATION
PAGE 4

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ DECLARATION OF ADAM B. WRIGHT |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Adam B. Wright, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am a Member of JJ Orchards and Fruit, LLC.

3.    JJ Orchards and Fruit, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 4,178 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5.    In 2018, 2% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6.    At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

1    2018 was paid on an hourly basis.

2         7.    In 2018, the hourly wage rate paid by the Company for harvest of apples,

3    including Honeycrisp, was $14.12 per hour.

4         8.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

5    hourly wage for the harvest of apples.

6    *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 3

Declaration Merge Working Doc.DOCX

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2 that the foregoing/attached is true and correct.

3                Signature: _____

4                Printed name:   Adam B. Wright, Member, JJ Orchards and Fruit,

5 LLC

6                Date:    9/25/2019

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EVANS FRUIT CO., INC., a Washington
Corporation; WGE HOLDINGS, LLC, a
Washington Limited Liability Company;
McDOUGALL FAMILY FARMING,
INC., a Washington Corporation;
McDOUGALL & SONS, INC., a
Washington Corporation; DOUBLE S
ORCHARDS, LLC, a Washington
Limited Liability Company; COLUMBIA
FRUIT PACKERS, INC., a Washington
Corporation; COLUMBIA ORCHARD
MANAGEMENT, INC., a Washington
Corporation; and WADE & WADE, LLC,
a Washington Limited Liability Company,

      Plaintiffs,

      vs.

UNITED STATES DEPARTMENT OF
LABOR;

PATRICK PIZZELLA, in his official
capacity as Acting United States Secretary
of Labor;

JOHN P. PALLASCH, in his official

NO. 1:19-cv-03202-SMJ

DECLARATION OF ADAM B.
WRIGHT

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Adam B. Wright, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the CFO of All That Jazz, LLC.

3.    All That Jazz, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 960 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5.    In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6.    At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

2018 was paid on an hourly basis.

7. In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $12.50 to $14.00 per hour.

8. At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3

Signature: _____

4

Printed name:   Adam B. Wright, CFO

5

Date:    9/25/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ  DECLARATION OF ALAN GROFF |

Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF LABOR;

PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Alan Groff, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.      I am a Member of Meadow Lake, LLC.

3.      Meadow Lake, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 287 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5.      In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6.      At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

2018 was paid on an hourly basis.

       7.     In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $12.00 to $15.25 per hour.

       8.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

3

4                    Signature:    _____

5                    Printed name:    Alan Groff, Member, Meadow Lake Orchard, LLC

6                    Date:    9/25/2019

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EVANS FRUIT CO., INC., a Washington
Corporation; WGE HOLDINGS, LLC, a
Washington Limited Liability Company;
McDOUGALL FAMILY FARMING,
INC., a Washington Corporation;
McDOUGALL & SONS, INC., a
Washington Corporation; DOUBLE S
ORCHARDS, LLC, a Washington
Limited Liability Company; COLUMBIA
FRUIT PACKERS, INC., a Washington
Corporation; COLUMBIA ORCHARD
MANAGEMENT, INC., a Washington
Corporation; and WADE & WADE, LLC,
a Washington Limited Liability Company,

      Plaintiffs,

      vs.

UNITED STATES DEPARTMENT OF
LABOR;

PATRICK PIZZELLA, in his official
capacity as Acting United States Secretary
of Labor;

JOHN P. PALLASCH, in his official

NO. 1:19-cv-03202-SMJ

DECLARATION OF ALAN GROFF

DECLARATION
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Alan Groff, pursuant to RCW 9A.72.085, states and declares:

1. I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2. I am a Member of Crown Orchard, LLC.

3. Crown Orchard, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4. In 2018, the Company harvested approximately 4,260 bins of apples in Washington. Approximately 3% of those apples were Honeycrisp.

5. In 2018, 100% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and 100% of the Company's harvest of Honeycrisp apples came from high density orchards.

6. At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

1  2018 was paid on an hourly basis.

2      7.    In 2018, the hourly wage rate paid by the Company for harvest of apples,

3  including Honeycrisp, was $14.12 to $15.00 per hour.

4      8.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

5  hourly wage for the harvest of apples.

6  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

9.   I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name:   Alan Groff, Member, Crown Orchard, LLC

Date:   9/25/2019

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6  UNITED STATES DISTRICT COURT

   EASTERN DISTRICT OF WASHINGTON

7

8  EVANS FRUIT CO., INC., a Washington      NO. 1:19-cv-03202-SMJ
   Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;    DECLARATION OF ALAN GOFF
9  McDOUGALL FAMILY FARMING,
   INC., a Washington Corporation;
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15        Plaintiffs,

16        vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;
18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;
20
   JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Alan Groff, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am a Member of WP Orchard, LLC.

3.     WP Orchard, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 10,082 bins of apples in Washington. Approximately 3% of those apples were Honeycrisp.

5.     In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and 0% of the Company's harvest of Honeycrisp apples came from high density orchards.

6.     At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

2018 was paid on an hourly basis.

7.    In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $12.50 to $15.00 per hour.

8.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1       9.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3

              Signature: _____

4

              Printed name:    Alan Groff, Member, WP Orchard, LLC

5

              Date:    9/25/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ  DECLARATION OF ALAN GROFF |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

Alan Groff, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am a Member of Highland Harvest Orchards, LLC.

3.    Highland Harvest Orchards, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 1,496 bins of apples in Washington. Approximately 11% of those apples were Honeycrisp.

5.    In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and 0% of the Company's harvest of Honeycrisp apples came from high density orchards.

6.    At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    2018 was paid on an hourly basis.

2        7.      In 2018, the hourly wage rate paid by the Company for harvest of apples,

3    including Honeycrisp, was $14.12 per hour.

4        8.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

5    hourly wage for the harvest of apples.

6    *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  9.  I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3

4                    Signature:  _____

5  LLC               Printed name:  Alan Groff, Member, Highland Harvest Orchards,

6                    Date:  9/25/2019

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company,

     Plaintiffs,

     vs.

UNITED STATES DEPARTMENT OF LABOR;

PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official

NO. 1:19-cv-03202-SMJ

DECLARATION OF JAMES S. FOREMAN

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

James S. Foreman, pursuant to RCW 9A.72.085, states and declares:

1. I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2. I am a Member of Reyna Orchards LLC.

3. Reyna Orchards LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4. In 2018, the Company harvested approximately 471 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5. In 2018, 100% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6. At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

2018 was paid on an hourly basis.

7. In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $12.00 to $14.12 per hour.

8. At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3                          Signature: _____

4                          Printed name:    James S. Foreman, Member, Reyna Orchards, LLC

5                          Date:    9/25/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JAMES S. FOREMAN |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

James S. Foreman, pursuant to RCW 9A.72.085, states and declares:

1. I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2. I am a Member of Vantage Orchards, LLC.

3. Vantage Orchards, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4. In 2018, the Company harvested approximately 4,377 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5. In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6. At least a portion of the wages paid by the Company for harvest of apples in

DECLARATION
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1   2018 was paid on an hourly basis.

2       7.      In 2018, the hourly wage rate paid by the Company for harvest of apples,

3   including Honeycrisp, was $14.00 per hour.

4       8.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

5   hourly wage for the harvest of apples.

6   *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 3

Declaration Merge Working Doc.DOCX

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

9. I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name:   James S. Foreman, Member, Vantage Orchards, LLC

Date:   9/25/2019

DECLARATION
PAGE 4

Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1   SALLY W. HARMELING, WSBA No. 49457
    ROBERT R. SIDERIUS, WSBA No. 15551
2   PETER A. SPADONI, WSBA No. 11390
    Jeffers, Danielson, Sonn & Aylward, P.S.
3   P.O. Box 1688
    Wenatchee, WA  98807-1688
4   (509) 662-3685 / (509) 662-2452 FAX

5

6                   UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF WASHINGTON

7

8   EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
    Corporation; WGE HOLDINGS, LLC, a
    Washington Limited Liability Company;        DECLARATION OF JAMES S.
9   McDOUGALL FAMILY FARMING,                    FOREMAN
    INC., a Washington Corporation;
10  McDOUGALL & SONS, INC., a
    Washington Corporation; DOUBLE S
11  ORCHARDS, LLC, a Washington
    Limited Liability Company; COLUMBIA
12  FRUIT PACKERS, INC., a Washington
    Corporation; COLUMBIA ORCHARD
13  MANAGEMENT, INC., a Washington
    Corporation; and WADE & WADE, LLC,
14  a Washington Limited Liability Company,

15          Plaintiffs,

16          vs.

17  UNITED STATES DEPARTMENT OF
    LABOR;
18
    PATRICK PIZZELLA, in his official
19  capacity as Acting United States Secretary
    of Labor;
20
    JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

James S. Foreman, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am a Member of OK Orchard, LLC.

3.    OK Orchard, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 1,626 bins of apples in Washington. Approximately 0% of those apples were Honeycrisp.

5.    In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and N/A of the Company's harvest of Honeycrisp apples came from high density orchards.

6.    At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

2018 was paid on an hourly basis.

7.  In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $11.50 per hour.

8.  At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

9.    I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name:   James S. Foreman, Member, OK Orchard, LLC

Date:   9/25/2019

DECLARATION
PAGE 4

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Declaration Merge Working Doc.DOCX

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JAMES S. FOREMAN |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR;<br><br>PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;<br><br>JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

James S. Foreman, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am a Member of Brays Orchard, LLC.

3.     Brays Orchard, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 5,583 bins of apples in Washington. Approximately 2% of those apples were Honeycrisp.

5.     In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and 0% of the Company's harvest of Honeycrisp apples came from high density orchards.

6.     At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  2018 was paid on an hourly basis.

2  7.  In 2018, the hourly wage rate paid by the Company for harvest of apples,

3  including Honeycrisp, was $14.12 to $15.00 per hour.

4  8.  At no point in 2018 did the Company pay $16.00 (or more) per hour as an

5  hourly wage for the harvest of apples.

6  *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    9.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3                    Signature: _____

4                    Printed name:   James S. Foreman, Member, Brays Orchard, LLC

5                    Date:   9/25/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Declaration Merge Working Doc.DOCX

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA  98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ  DECLARATION OF JAMES S. FOREMAN |
| Plaintiffs, | |
| vs. | |
| UNITED STATES DEPARTMENT OF LABOR;  PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;  JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

Declaration Merge Working Doc.DOCX

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

James S. Foreman, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am a Member of Foreman Fruit and Land Company, LLC.

3.    Foreman Fruit and Land Company, LLC and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 2,319 bins of apples in Washington. Approximately 3% of those apples were Honeycrisp.

5.    In 2018, 0% of the Company's harvest of non-Honeycrisp apples came from high density orchards, and 0% of the Company's harvest of Honeycrisp apples came from high density orchards.

6.    At least a portion of the wages paid by the Company for harvest of apples in

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

2018 was paid on an hourly basis.

7.     In 2018, the hourly wage rate paid by the Company for harvest of apples, including Honeycrisp, was $12.00 to $14.00 per hour.

8.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

Declaration Merge Working Doc.DOCX

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1      9.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3

4              Signature: _____

5              Printed name:   James S. Foreman, Member, Foreman Fruit and Land
Company, LLC

6              Date:    9/25/2019

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

EVANS FRUIT CO., INC., a Washington
Corporation; WGE HOLDINGS, LLC, a
Washington Limited Liability Company;
McDOUGALL FAMILY FARMING,
INC., a Washington Corporation;
McDOUGALL & SONS, INC., a
Washington Corporation; DOUBLE S
ORCHARDS, LLC, a Washington
Limited Liability Company; COLUMBIA
FRUIT PACKERS, INC., a Washington
Corporation; COLUMBIA ORCHARD
MANAGEMENT, INC., a Washington
Corporation; and WADE & WADE, LLC,
a Washington Limited Liability Company,

     Plaintiffs,

     vs.

UNITED STATES DEPARTMENT OF
LABOR;

PATRICK PIZZELLA, in his official
capacity as Acting United States Secretary
of Labor;

JOHN P. PALLASCH, in his official

NO. 1:19-cv-03202-SMJ

DECLARATION OF CHERYL BUSH

DECLARATION
PAGE 1

Declaration of Cheryl Bush

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

      Defendants.

CHERYL BUSH, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the CFO at WGE Holdings, LLC.

3.     WGE Holdings, LLC and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 431,000 bins of apples in Washington. Approximately 4.95 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $11.50 per hour in Yakima County and $14.12 per hour in

DECLARATION
PAGE 2

Declaration of Cheryl Bush

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1 | Mattawa, the only orchard where H-2A workers are employed by the Company. In 2018,

2 | the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $11.50

3 | per hour. There are no Honeycrisp in Mattawa, therefore the AEWR for this variety is not

4 | applicable.

5 |        7.    At the start of the 2018 harvest, we paid the majority of the pickers on a piece

6 | rate basis, with a guaranteed hourly rate equal to minimum wage ($11.50 per hour) in

7 | Yakima County and the adverse effective wage rate ($14.12 per hour) in Mattawa, which

8 | is where we employed some H-2A workers.

9 |        8.    During the 2018 harvest, we changed the compensation calculation to hourly

10 | + a piece pay incentive, and we continued to use $11.50 per hour in Yakima County and

11 | $14.12 per hour in Mattawa as our hourly rate.

12 |        9.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

13 | hourly wage for the harvest of apples.

DECLARATION
PAGE 3

Declaration of Cheryl Bush

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1        10.     I declare under penalty of perjury under the laws of the State of Washington

2 that the foregoing/attached is true and correct.

3

4               Signature:     *Cheryl Bush*

5               Printed name:  *Cheryl Bush*

6               Date:        *9/25/2019*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

4768240

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1   SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
2   PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
3   P.O. Box 1688
Wenatchee, WA  98807-1688
4   (509) 662-3685 / (509) 662-2452 FAX

5

6                UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF WASHINGTON

7

8   EVANS FRUIT CO., INC., a Washington   |  NO. 1:19-cv-03202-SMJ
Corporation; WGE HOLDINGS, LLC, a
Washington Limited Liability Company;   |  DECLARATION OF MICHAEL ROCHE
9   McDOUGALL FAMILY FARMING,
INC., a Washington Corporation;
10   McDOUGALL & SONS, INC., a
Washington Corporation; DOUBLE S
11   ORCHARDS, LLC, a Washington
Limited Liability Company; COLUMBIA
12   FRUIT PACKERS, INC., a Washington
Corporation; COLUMBIA ORCHARD
13   MANAGEMENT, INC., a Washington
Corporation; and WADE & WADE, LLC,
14   a Washington Limited Liability Company,

15        Plaintiffs,

16        vs.

17   UNITED STATES DEPARTMENT OF
LABOR;
18

19   PATRICK PIZZELLA, in his official
capacity as Acting United States Secretary
of Labor;
20

   JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  capacity as Assistant Secretary of Labor,
   Employment & Training Administration,
2  United States Department of Labor;

3  CHERYL M. STANTON, in her official
   capacity as Administrator of the Wage &
4  Hour Division, United States Department
   of Labor;

5
        Defendants.
6

7        MICHAEL ROCHE, pursuant to RCW 9A.72.085, states and declares:

8        1.      I am over 18 years old and make this declaration based upon my personal

9  knowledge. If called upon to do so, I could and would testify competently as a witness to

10 the matters stated herein.

11       2.      I am the Member/Manager at MMP Orchards, LLC/MWR Riverside

12 Orchards, LLC, and MWR Holdings, LLC.

13       3.      MMP Orchards, LLC/MWR Riverside Orchards, LLC, and MWR Holdings,

14 LLC and its related and affiliated entities (collectively, the "Company") grows and harvests

15 apples in Washington State on its own and/or on behalf of others.

16       4.      In 2018, the Company harvested approximately 96,438 bins of apples in

17 Washington. Approximately 13 percent of those apples were Honeycrisp.

18       5.      At least a portion of the wages paid by the Company for harvest of apples in

19 2018 was paid on an hourly basis.

20       6.      In 2018, the hourly wage rate paid by the Company for harvest of apples,

DECLARATION
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

excluding Honeycrisp, was N/A per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was N/A per hour.

7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3                    Signature: _Michael Roche_____

4                    Printed name: _Michael Roche_____

5                    Date: _9/26/19_____

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6                  UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF WASHINGTON
7

8  EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
   Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;        DECLARATION OF BRANDON LEWIS
9  McDOUGALL FAMILY FARMING,
   INC., a Washington Corporation;
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15         Plaintiffs,

16         vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;
18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;
20
   JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

47B9507

1 capacity as Assistant Secretary of Labor,
Employment & Training Administration,
2 United States Department of Labor;

3 CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
4 Hour Division, United States Department
of Labor;

5
    Defendants.
6

7      BRANDON LEWIS, pursuant to RCW 9A.72.085, states and declares:

8      1.     I am over 18 years old and make this declaration based upon my personal

9 knowledge. If called upon to do so, I could and would testify competently as a witness to

10 the matters stated herein.

11     2.     I am the President at Brandon Lewis Orchards, Inc.

12     3.     Brandon Lewis Orchards, Inc and its related and affiliated entities

13 (collectively, the "Company") grows and harvests apples in Washington State on its own

14 and/or on behalf of others.

15     4.     In 2018, the Company harvested approximately 13,000 bins of apples in

16 Washington. Approximately 45 percent of those apples were Honeycrisp.

17     5.     At least a portion of the wages paid by the Company for harvest of apples in

18 2018 was paid on an hourly basis.

19     6.     In 2018, the hourly wage rate paid by the Company for harvest of apples,

20 excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION
PAGE 2

47B9507

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1 Company for harvest of Honeycrisp apples was $15.00 per hour.

2       7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3 hourly wage for the harvest of apples.

4 *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1        8.     I declare under penalty of perjury under the laws of the State of Washington

2 that the foregoing/attached is true and correct.

Signature: _____

Printed name: Brandon Lewis

Date: 9/26/2019

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF JAKE ROBINSON |
|      Plaintiffs, | |
|     vs. | |
| UNITED STATES DEPARTMENT OF LABOR; | |
| PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor; | |
| JOHN P. PALLASCH, in his official | |

DECLARATION
PAGE 1

47B9581

<table>
| | |
|---|---|
| 1 | capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor; |
| 2 | |
| 3 | CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor; |
| 4 | |
| 5 | |
| 6 | Defendants. |
</table>

1    capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

2

3    CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

4

5

      Defendants.

6

7        JAKE ROBINSON, pursuant to RCW 9A.72.085, states and declares:

8        1.    I am over 18 years old and make this declaration based upon my personal

9    knowledge. If called upon to do so, I could and would testify competently as a witness to

10   the matters stated herein.

11       2.    I am the Vice President at Robinson Orchards Inc.

12       3.    Robinson Orchards Inc. and its related and affiliated entities (collectively, the

13   "Company") grows and harvests apples in Washington State on its own and/or on behalf

14   of others.

15       4.    In 2018, the Company harvested approximately 3,200 bins of apples in

16   Washington. Approximately 25 percent of those apples were Honeycrisp.

17       5.    At least a portion of the wages paid by the Company for harvest of apples in

18   2018 was paid on an hourly basis.

19       6.    In 2018, the hourly wage rate paid by the Company for harvest of apples,

20   excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the

DECLARATION
PAGE 2

47B9581

1   Company for harvest of Honeycrisp apples was $15.00 per hour.

2          7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3   hourly wage for the harvest of apples.

4   *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3
          Signature: _____
4
          Printed name: _Jake Robison_____
5
          Date:    _9/26/2019_____
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6
## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
7

8  EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
   Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;        DECLARATION OF JON WARLING
9  McDOUGALL FAMILY FARMING,
   INC., a Washington Corporation;
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15       Plaintiffs,

16       vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;
18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;
20
   JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

47B9624

capacity as Assistant Secretary of Labor,
Employment & Training Administration,
United States Department of Labor;

CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
Hour Division, United States Department
of Labor;

      Defendants.

JON WARLING, pursuant to RCW 9A.72.085, states and declares:

1.     I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.     I am the Owner at Mar-Jon Orchards.

3.     Mar-Jon Orchards and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.     In 2018, the Company harvested approximately 8,500 bins of apples in Washington. Approximately 0 percent of those apples were Honeycrisp.

5.     At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.     In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was N/A per hour. In 2018, the hourly wage rate paid by the

DECLARATION
PAGE 2

47B9624

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1   Company for harvest of Honeycrisp apples was N/A per hour.

2        7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3   hourly wage for the harvest of apples.

4   *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 3

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

3
            Signature:    _Jon Warling._
4
            Printed name:    _Jon Warling_
5
            Date:    _9/26/19_
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

4768240

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
4  Wenatchee, WA  98807-1688
   (509) 662-3685 / (509) 662-2452 FAX
5

6                 UNITED STATES DISTRICT COURT
7               EASTERN DISTRICT OF WASHINGTON

8  EVANS FRUIT CO., INC., a            NO. 1:19-cv-03202-SMJ
9  Washington Corporation; WGE
   HOLDINGS, LLC, a Washington          DECLARATION OF MICHAEL
10 Limited Liability Company;           VINCENT
   McDOUGALL FAMILY
11 FARMING, INC., a Washington
   Corporation; McDOUGALL &
12 SONS, INC., a Washington
   Corporation; DOUBLE S
13 ORCHARDS, LLC, a Washington
   Limited Liability Company;
14 COLUMBIA FRUIT PACKERS,
   INC., a Washington Corporation;
15 COLUMBIA ORCHARD
16 MANAGEMENT, INC., a
   Washington Corporation; and WADE
17 & WADE, LLC, a Washington
   Limited Liability Company,
18
19     Plaintiffs,
20     vs.
21
22 UNITED STATES DEPARTMENT
   OF LABOR;

   PATRICK PIZZELLA, in his official

DECLARATION
PAGE 1 OF 4

47B9303

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    capacity as Acting United States
     Secretary of Labor;
2
     JOHN P. PALLASCH, in his official
3    capacity as Assistant Secretary of
     Labor, Employment & Training
4    Administration, United States
     Department of Labor;
5
6    CHERYL M. STANTON, in her
     official capacity as Administrator of
7    the Wage & Hour Division, United
     States Department of Labor;
8
9            Defendants.
10
11
12
13
14
15
16
17
18
19
20
21
22

DECLARATION
PAGE 2 OF 4

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

47B9303

MICHAEL VINCENT, pursuant to RCW 9A.72.085, states and declares:

1.      I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.      I am the President at Vincent Orchards, Inc.

3.      Vincent Orchards, Inc and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.      In 2018, the Company harvested approximately 5,500 bins of apples in Washington. Approximately 27 percent of those apples were Honeycrisp.

5.      At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.      In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was $14.12 per hour.

7.      At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

8.      I declare under penalty of perjury under the laws of the State of

DECLARATION
PAGE 3 OF 4

47B9303

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

Washington that the foregoing/attached is true and correct.

Signature: _____ Michael Vincent _____

Printed name: _____ Michael Vincent _____

Date: _____ September 26, 2019 _____

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6              UNITED STATES DISTRICT COURT

               EASTERN DISTRICT OF WASHINGTON

7

   EVANS FRUIT CO., INC., a Washington          NO. 1:19-cv-03202-SMJ
8  Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;         DECLARATION OF BEAU VAN
9  McDOUGALL FAMILY FARMING,                     WINKLE
   INC., a Washington Corporation;
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15         Plaintiffs,

16         vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;
18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;
20
   JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

47B9563

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

      Defendants.

BEAU VAN WINKLE, pursuant to RCW 9A.72.085, states and declares:

1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2.    I am the Vice President at Van Winkle Orchards, Inc.

3.    Van Winkle Orchards, Inc. and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4.    In 2018, the Company harvested approximately 6,000 bins of apples in Washington. Approximately 15 percent of those apples were Honeycrisp.

5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was $15.03 per hour. In 2018, the hourly wage rate paid by the

DECLARATION
PAGE 2

47B9563

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1   Company for harvest of Honeycrisp apples was $15.00 per hour.

2          7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an

3   hourly wage for the harvest of apples.

4   *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 3

47B9563

1       8.     I declare under penalty of perjury under the laws of the State of Washington

2  that the foregoing/attached is true and correct.

3

Signature: _____

4

Printed name: Bean Van Winkle

5

Date: 9/26/2019

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

DECLARATION
PAGE 4

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

4768240

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company, | NO. 1:19-cv-03202-SMJ<br><br>DECLARATION OF<br><br>MAURO FELIZIA |

Plaintiffs,

vs.

UNITED STATES DEPARTMENT OF LABOR;

PATRICK PIZZELLA, in his official capacity as Acting United States Secretary of Labor;

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

JOHN P. PALLASCH, in his official
capacity as Assistant Secretary of Labor,
Employment & Training Administration,
United States Department of Labor;

CHERYL M. STANTON, in her official
capacity as Administrator of the Wage &
Hour Division, United States Department
of Labor;

     Defendants.

Mauro Felizia, pursuant to RCW 9A.72.085, states and declares:

    1. I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

    2. I am the President of Dovex Fruit Company.

    3. Dovex Fruit Company and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

    4. In 2018, the Company harvested approximately 62,000 bins of apples in Washington. Approximately nine percent (9%) of those apples were Honeycrisp.

    5. In 2018, approximately one-third (1/3rd) of the Company's apples came from orchards with 800 or more trees per acre.

DECLARATION
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

47B0439

1    6. At least a portion of the wages paid by the Company for harvest of

2    apples in 2018 was paid on an hourly basis.

3    7. In 2018, the hourly wage rate paid by the Company for harvest of

4    apples, excluding Honeycrisp, was $14.12 per hour. In 2018, the hourly wage

5    rate paid by the Company for harvest of Honeycrisp apples was $15.00 per hour.

6    8. At no point in 2018 did the Company pay $16.00 (or more) per hour as

7    an hourly wage for the harvest of apples by harvest workers. However, on

8    occasion crew bosses with regular hourly pay rates of $16.00 per hour or more

9    pick apples but the total number of hours crew bosses spent picking would be

10   less than one percent (1%) of the total employee hours spent picking apples in

11   2018.

12   *[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

9. I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature: _____

Printed name:  MAURO FELIZIA

Date: _____9/26/13_____

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA 98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6              UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF WASHINGTON

7

8  EVANS FRUIT CO., INC., a Washington        NO. 1:19-cv-03202-SMJ
   Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;      DECLARATION OF
9  McDOUGALL FAMILY FARMING,
   INC., a Washington Corporation;            Miles Kohl
10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S           Allan Bros., Inc.
11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA
12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD
13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,
14 a Washington Limited Liability Company,

15      Plaintiffs,

16      vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;

18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;

20
   JOHN P. PALLASCH, in his official

DECLARATION
PAGE 1

4768240

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

        Defendants.

<u>Miles Kohl</u>, pursuant to RCW 9A.72.085, states and declares:

    1.    I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

    2.    I am the <u>Chief Executive Officer</u> at <u>Allan Bros., Inc.</u>

    3.    <u>Allan Bros., Inc.</u> and its related and affiliated entities (collectively the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

    4.    In 2018, the Company harvested approximately <u>69,309</u> bins of apples in Washington. Approximately <u>18.2</u> percent of those apples were Honeycrisp.

    5.    At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

6.    In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was <u>$14.12</u> per hour. In 2018, the hourly wage rate paid by the Company for harvest of Honeycrisp apples was <u>$15.00</u> per hour.

7.    At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

4768240

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

8.   I declare under penalty of perjury under the laws of the State of Washington that the foregoing/attached is true and correct.

Signature:  _____

Printed name:  Miles Kohl

Date:  September 27, 2019

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1  SALLY W. HARMELING, WSBA No. 49457
   ROBERT R. SIDERIUS, WSBA No. 15551
2  PETER A. SPADONI, WSBA No. 11390
   Jeffers, Danielson, Sonn & Aylward, P.S.
3  P.O. Box 1688
   Wenatchee, WA  98807-1688
4  (509) 662-3685 / (509) 662-2452 FAX

5

6  ## UNITED STATES DISTRICT COURT

   ### EASTERN DISTRICT OF WASHINGTON

7

8  EVANS FRUIT CO., INC., a Washington
   Corporation; WGE HOLDINGS, LLC, a
   Washington Limited Liability Company;

9  McDOUGALL FAMILY FARMING,
   INC., a Washington Corporation;

10 McDOUGALL & SONS, INC., a
   Washington Corporation; DOUBLE S

11 ORCHARDS, LLC, a Washington
   Limited Liability Company; COLUMBIA

12 FRUIT PACKERS, INC., a Washington
   Corporation; COLUMBIA ORCHARD

13 MANAGEMENT, INC., a Washington
   Corporation; and WADE & WADE, LLC,

14 a Washington Limited Liability Company,

15      Plaintiffs,

16      vs.

17 UNITED STATES DEPARTMENT OF
   LABOR;

18
   PATRICK PIZZELLA, in his official
19 capacity as Acting United States Secretary
   of Labor;

20
   JOHN P. PALLASCH, in his official

NO. 1:19-cv-03202-SMJ

DECLARATION OF BRIAN ALEGRIA

DECLARATION
PAGE 1

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

47C0571

capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

Defendants.

BRIAN ALEGRIA, pursuant to RCW 9A.72.085, states and declares:

1. I am over 18 years old and make this declaration based upon my personal knowledge. If called upon to do so, I could and would testify competently as a witness to the matters stated herein.

2. I am the Director at Central Washington Ag Services, Inc.

3. Central Washington Ag Services, Inc. and its related and affiliated entities (collectively, the "Company") grows and harvests apples in Washington State on its own and/or on behalf of others.

4. In 2018, the Company harvested approximately 118,958 bins of apples in Washington. Approximately 8.5 percent of those apples were Honeycrisp.

5. At least a portion of the wages paid by the Company for harvest of apples in 2018 was paid on an hourly basis.

6. In 2018, the hourly wage rate paid by the Company for harvest of apples, excluding Honeycrisp, was N/A per hour. In 2018, the hourly wage rate paid by the

DECLARATION
PAGE 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

Company for harvest of Honeycrisp apples was $15.00 per hour.

7.     At no point in 2018 did the Company pay $16.00 (or more) per hour as an hourly wage for the harvest of apples.

*[SIGNATURE FOLLOWS ON THE NEXT PAGE]*

DECLARATION
PAGE 3

47C0571

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

1    8.    I declare under penalty of perjury under the laws of the State of Washington

2    that the foregoing/attached is true and correct.

3

4            Signature: _B E aly_____

5            Printed name: _Bryn E Hegerty_____

6            Date: ___9/27/19_____

7

8

9

10

11

12

13

14

15

16

17

18

19

20

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688