HON. SALVADOR MENDOZA JR.

1

SALLY W. HARMELING, WSBA No. 49457
2  ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
3  JOSEPH Q. RIDGEWAY, WSBA No. 53438
Jeffers, Danielson, Sonn & Aylward, P.S.
4  P.O. Box 1688
Wenatchee, WA  98807-1688
5  (509) 662-3685 / (509) 662-2452 FAX

6

UNITED STATES DISTRICT COURT
7
EASTERN DISTRICT OF WASHINGTON
8

9  EVANS FRUIT CO., INC., a Washington            NO. 1:19-cv-03202-SMJ
Corporation; WGE HOLDINGS, LLC, a
Washington Limited Liability Company;            PLAINTIFFS' NOTICE OF
10 McDOUGALL FAMILY FARMING,                       VOLUNTARY DISMISSAL
INC., a Washington Corporation;
11 McDOUGALL & SONS, INC., a
Washington Corporation; DOUBLE S
12 ORCHARDS, LLC, a Washington
Limited Liability Company; COLUMBIA
13 FRUIT PACKERS, INC., a Washington
Corporation; COLUMBIA ORCHARD
14 MANAGEMENT, INC., a Washington
Corporation; and WADE & WADE, LLC,
15 a Washington Limited Liability Company,

16      Plaintiffs,

17      vs.

18 UNITED STATES DEPARTMENT OF
LABOR;
19
PATRICK PIZZELLA, in his official
20 capacity as Acting United States Secretary

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL
Page 1

47J6584

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1    of Labor;

2    JOHN P. PALLASCH, in his official
     capacity as Assistant Secretary of Labor,
3    Employment & Training Administration,
     United States Department of Labor;
4
     CHERYL M. STANTON, in her official
5    capacity as Administrator of the Wage &
     Hour Division, United States Department
6    of Labor;

7          Defendants,

8    and

9    STATE OF WASHINGTON
     EMPLOYMENT SECURITY
10   DEPARTMENT;

11         Defendant-Intervenor.

12

13         **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

14         Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(i) and LCivR 41(a)(1)(A), Plaintiffs

15   EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a

16   Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a

17   Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation;

18   DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA

19   FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD

20   MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL
Page 2
47J6584

**JEFFERS, DANIELSON, SONN & AYLWARD, P.S.**
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688

1   Washington Limited Liability Company, by and through their undersigned counsel, hereby

2   give notice of their voluntary dismissal of this case without prejudice.

3          Plaintiffs certify that Defendants and Defendant-Intervenor have neither answered

4   the Complaint nor moved for summary judgment.

5

6          DATED the 4th day of November, 2019.

7                              By s/Sally W. Harmeling
                                  SALLY W. HARMELING, WSBA No. 49457
8                                 ROBERT R. SIDERIUS, WSBA No. 15551
                                  PETER A. SPADONI, WSBA No. 11390
9                                 JOSEPH Q. RIDGEWAY, WSBA No. 53438
                                  JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
10                                2600 Chester Kimm Road
                                  P.O. Box 1688
11                                Wenatchee, WA  98807-1688
                                  Telephone:  509-662-3685
12                                Fax:  509-662-2452
                                  Email: sallyh@jdsalaw.com
13                                       bobs@jsdsalaw.com
                                         peters@jdsalaw.com
14                                       josephr@jdsalaw.com

15                                Attorneys for Plaintiffs Evans Fruit Co., Inc.; WGE
                                  Holdings, LLC; McDougall Family Farming, Inc.;
16                                McDougall & Sons, Inc.; Double S Orchards, LLC;
                                  Columbia Fruit Packers, Inc.; Columbia Orchard
17                                Management, Inc.; and Wade & Wade, LLC

18

19

20

PLAINTIFFS' NOTICE OF VOLUNTARY
DISMISSAL
Page 3
47J6584

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System.  Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

> Brendan Selby
> Jonathan D. Pitel
> Eric D. Peterson
> John T. Drake
> Rudolf J. Verschoor
> Vanessa R. Waldref
> Assistant United States Attorney
> PO Box 1494
> Spokane, WA 99210-1494
> Email:   rudy.j.verschoor@usdoj.gov
>             Vanessa.R.Waldref@usdoj.gov
>             John.drake2@usdoj.gov
>             Ericd.peterson@atg.wa.gov
>             Jonathan.pitel@atg.wa.gov
>             Brendan.selby@atg.wa.gov

DATED at Wenatchee, Washington this 4th day of November, 2019.

> By s/Sally W. Harmeling
>     SALLY W. HARMELING, WSBA No. 49457
>     JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
>     2600 Chester Kimm Road
>     P.O. Box 1688
>     Wenatchee, WA  98807-1688
>     Telephone:  509-662-3685
>     Fax:  509-662-2452
>     Email: sallyh@jdsalaw.com

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL
Page 4

47J6584