HON. SALVADOR MENDOZA JR.

SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
JOSEPH Q. RIDGEWAY, WSBA No. 53438
Jeffers, Danielson, Sonn & Aylward, P.S.
P.O. Box 1688
Wenatchee, WA 98807-1688
(509) 662-3685 / (509) 662-2452 FAX

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EVANS FRUIT CO., INC., a Washington Corporation; WGE HOLDINGS, LLC, a Washington Limited Liability Company; McDOUGALL FAMILY FARMING, INC., a Washington Corporation; McDOUGALL & SONS, INC., a Washington Corporation; DOUBLE S ORCHARDS, LLC, a Washington Limited Liability Company; COLUMBIA FRUIT PACKERS, INC., a Washington Corporation; COLUMBIA ORCHARD MANAGEMENT, INC., a Washington Corporation; and WADE & WADE, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF LABOR;<br><br>PATRICK PIZZELLA, in his official | NO. 1:19-cv-03202-SMJ<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
VOLUNTARY DISMISSAL
Page 1
47J6622

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

capacity as Acting United States Secretary of Labor;

JOHN P. PALLASCH, in his official capacity as Assistant Secretary of Labor, Employment & Training Administration, United States Department of Labor;

CHERYL M. STANTON, in her official capacity as Administrator of the Wage & Hour Division, United States Department of Labor;

  Defendants,

and

STATE OF WASHINGTON EMPLOYMENT SECURITY DEPARTMENT;

  Defendant-Intervenor.

THIS MATTER having come on duly and regularly before the undersigned Judge, in the above-entitled Court, on Plaintiffs' Notice of Voluntary Dismissal, and the Court, having reviewed the files and records herein, and being fully informed in the premises, hereby **DISMISSES** this action **WITHOUT PREJUDICE**.

  ENTERED this _____ day of November, 2019.

---

  Hon. Salvador Mendoza Jr.
  United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL
Page 2

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA 98807-1688

47J6622

Presented by:

s/    Sally W. Harmeling
SALLY W. HARMELING, WSBA No. 49457
ROBERT R. SIDERIUS, WSBA No. 15551
PETER A. SPADONI, WSBA No. 11390
JOSEPH Q. RIDGEWAY, WSBA No. 53438
JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
2600 Chester Kimm Road
P.O. Box 1688
Wenatchee, WA  98807-1688
Telephone:  509-662-3685
Fax:  509-662-2452
Email: sallyh@jdsalaw.com

Attorneys for Plaintiffs Evans Fruit Co., Inc.; WGE Holdings, LLC; McDougall Family Farming, Inc.; McDougall & Sons, Inc.; Double S Orchards, LLC; Columbia Fruit Packers, Inc.; Columbia Orchard Management, Inc.; and Wade & Wade, LLC

[PROPOSED] ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL
Page 3

47J6622

# CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of November, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System. Notice of this filing will be sent to the parties listed below by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Brendan Selby
>Jonathan D. Pitel
>Eric D. Peterson
>John T. Drake
>Rudolf J. Verschoor
>Vanessa R. Waldref
>Assistant United States Attorney
>PO Box 1494
>Spokane, WA 99210-1494
>Email:   rudy.j.verschoor@usdoj.gov
>            Vanessa.R.Waldref@usdoj.gov
>            John.drake2@usdoj.gov
>            Ericd.peterson@atg.wa.gov
>            Jonathan.pitel@atg.wa.gov
>            Brendan.selby@atg.wa.gov

DATED at Wenatchee, Washington this 4th day of November, 2019.

>By s/Sally W. Harmeling
>SALLY W. HARMELING, WSBA No. 49457
>JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
>2600 Chester Kimm Road
>P.O. Box 1688
>Wenatchee, WA  98807-1688
>Telephone:  509-662-3685
>Fax:  509-662-2452
>Email: sallyh@jdsalaw.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' VOLUNTARY DISMISSAL
Page 4
47J6622

JEFFERS, DANIELSON, SONN & AYLWARD, P.S.
Attorneys at Law
(509) 662-3685 / FAX (509) 662-2452
2600 Chester Kimm Road / P.O. Box 1688
Wenatchee, WA  98807-1688