FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 07, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

EVANS FRUIT CO., INC., a
Washington Corporation; WGE
HOLDINGS, LLC, a Washington
Limited Liability Company;
McDOUGALL FAMILY FARMING,
INC., a Washington Corporation;
McDOUGALL & SONS, INC., a
Washington Corporation; DOUBLE S
ORCHARDS, LLC, a Washington
Limited Liability Company;
COLUMBIA FRUIT PACKERS,
INC., a Washington Corporation;
COLUMBIA ORCHARD
MANAGEMENT, INC., a Washington
Corporation; and WADE & WADE,
LLC, a Washington Limited Liability
Company,

                    Plaintiffs,

          v.

UNITED STATES DEPARTMENT OF
LABOR;

PATRICK PIZZELLA, in his official
capacity as Acting United States
Secretary of Labor;

JOHN P. PALLASCH, in his official
capacity as Assistant Secretary of
Labor, Employment & Training

No.    1:19-cv-03202-SMJ

**ORDER DISMISSING CASE**

ORDER DISMISSING CASE - 1

1 | Administration, United States
Department of Labor;

2 |

3 | CHERYL M. STANTON, in her
official capacity as Administrator of the
Wage & Hour Division, United States

4 | Department of Labor;

5 |                         Defendants,

6 | and

7 | STATE OF WASHINGTON
EMPLOYMENT SECURITY

8 | DEPARTMENT;

9 |                    Defendant-Intervenor.

10 |    On November 4, 2019, the parties filed a stipulated dismissal, ECF No. 59.

11 | Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

12 | **IT IS HEREBY ORDERED:**

13 |    **1.**    The parties' Notice of Voluntary Dismissal, **ECF No. 59**, is

14 |           **GRANTED**.

15 |    **2.**    All claims are **DISMISSED WITHOUT PREJUDICE**, with all

16 |           parties to bear their own costs and attorneys' fees.

17 |    **3.**    All pending motions are **DENIED AS MOOT**.

18 |    **4.**    All hearings and other deadlines are **STRICKEN**.

19 |    **5.**    The Clerk's Office is directed to **CLOSE** this file.

20 |

ORDER DISMISSING CASE **-** 2

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of November 2019.

_____
SALVADOR MENDOZA, JR.
United States District Judge